**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
CASE NO. 19-CV-00448-VMC-CPT

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**

**SPARTAN SECURITIES GROUP, LTD.,**
**ISLAND CAPITAL MANAGEMENT LLC,**
**CARL E. DILLEY,**
**MICAH J. ELDRED, and**
**DAVID D. LOPEZ,**

        **Defendants.**

---

**NOTICE OF PENDENCY OF OTHER ACTION**

In accordance with Local Rule 1.04(c), I certify that the instant action is related to a pending civil case, *SEC v. Daniels, et al.,* 18-cv-1003-SDM-TGW, previously filed on April 25, 2018 in this district.

The Commission is not moving to transfer or consolidate the matters pursuant to Local Rules 1.04(b) or (c). Both cases allege that fraudulent steps were taken to "manufacture" shell companies with stock that could be sold on the public market, and the shell companies at issue in the two cases overlap. However, the cases involve different parties, who played different roles in the scheme, and certain violations are charged in each case that are not charged in the other.

I further certify that I will serve a copy of this Notice of Pendency of Other Action upon each party no later than eleven days after appearance of opposing counsel.

| | |
|---|---|
| Dated: February 28, 2019 | BY: s/Wilfredo Fernandez<br>Wilfredo Fernandez<br>Senior Trial Counsel<br>Fla. Bar No. 142859<br>Telephone: (305) 982-6376<br>Facsimile: (305) 536-4154<br>E-mail:  fernandezw@sec.gov<br><br>Christine Nestor<br>Senior Trial Counsel<br>Fla. Bar No. 597211<br>Telephone: (305) 982-6367<br>Facsimile: (305) 536-4154<br>E-mail:  nestorc@sec.gov<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**SECURITIES AND EXCHANGE COMMISSION**<br>801 Brickell Avenue, Suite 1800<br>Miami, Florida 33131<br>Telephone: (305) 982-6300 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: /s/Wilfredo Fernandez