## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.                                                   Case No: 8:19-cv-448-T-33CPT

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,

      Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**_X_ IS**  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
<u>This case is not a successive case pursuant to LR 1.04(a). As indicated in the Commission's Notice (DE 10), the instant action is related to a pending civil case, *SEC v. Daniels*, et al., 18-cv-1003-SDM-TGW, previously filed on April 25, 2018 in this district. The Commission is not moving to transfer or consolidate the matters pursuant to LR 1.04(b) or (c). Both cases allege that fraudulent steps were taken to "manufacture" shell companies with stock that could be sold on the public market, and the shell companies at issue in the two cases overlap. However, the cases involve different parties, who played different roles in the scheme, and certain violations are charged in each case that are not charged in the other.</u>

**___ IS NOT**  related to any pending or closed civil or criminal case filed with this Court, Or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: March 7, 2019

<u>Christine Nestor (Fla. Bar No. 597211)</u>
Counsel of Record for Plaintiff
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6367