**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SECURITIES AND EXCHANGE COMMISSION**
        **Plaintiff,**

v.                          Case No. 19-CV-00448-VMC-CPT

**SPARTAN SECURITIES GROUP, LTD. ISLAND CAPITAL MANAGEMENT LLC, CARL E. DILLEY, MICAH J. ELDRED, and DAVID D. LOPEZ**

        **Defendants.**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

This case is not a successive case pursuant to LR 1.04(a). The instant action is related to one pending civil case, *SEC v. Daniels, et al*, 18-cv-1003-SMD-TGW, previously filed on April 25, 2018 in this district. Specifically with regard to "closed proceedings", Defendants are aware of one related closed criminal case (*U.S. v. Kass et al.*, 16-cr-20706 (S.D. Fla. 2016)); one related closed civil case (*SEC v. McKelvey et al*, 15-cv-80496 (S.D. Fla. 2015)); and two related closed cases before an administrative agency: (1) *In re Sheldon Rose et al.*, Exch. Act Rel. No. 78894 (Sept. 21, 2016) and (2) *In re Andy Z. Fan*, Securities Act Rel. No. 10847 (Apr. 25 ,2018). Like Plaintiff, Defendants are not seeking to transfer or consolidate the matters pursuant to Local Rules 1.04(b) or (c).

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: March 19, 2019

        */s/Alan M. Wolper*
        Alan M. Wolper (FL Bar # 61524)
        Counsel of Record for Defendants
        Ulmer & Berne LLP
        500 W. Madison, Suite 3600
        Chicago, Illinois 60661
        awolper@ulmer.com
        Tel: (312) 658-6500
        Fax: (312) 658-6501