UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.                                    Case No: 8:19-CV-00448-VMC-CPT

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,
        Defendants.

_____

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Securities and Exchange Commission, Plaintiff**
- **Eric I. Bustillo, Regional Director, Securities and Exchange Commission**
- **Glenn S. Gordon, Associate Regional Director, Securities and Exchange Commission**
- **Wilfredo Fernandez, Senior Trial Counsel, Securities and Exchange Commission**
- **Christine Nestor, Senior Trial Counsel, Securities and Exchange Commission**
- **Eric Busto, Assistant Regional Director, Securities and Exchange Commission**
- **Jeffrey Cook, Senior Counsel, Securities and Exchange Commission**
- **Island Capital Management, LLC, d/b/a Island Stock Transfer, Defendant**
- **Spartan Securities Group, Ltd., Defendant**
- **Carl E. Dilley, Defendant**
- **David D. Lopez, Defendant**
- **Micah J. Eldred, Defendant**
- **Alan M. Wolper. Esq., counsel for Defendants**
- **Heidi E. VonderHeide, Esq., counsel for Defendants**
- **Ulmer & Berne LLP, firm representing Defendants**

- **Connect X Capital Markets LLC (owner of Defendants Spartan and Island)**
- **Spartan Advisors LLC (general partner of Defendant Spartan)**
- **Toni Eldred (indirect owner of Defendants Spartan and Island through his interest in Connect X)**
- **Scott Richard Reynolds (indirect owner of Defendants Spartan and Island through his interest in Connect X)**
- **Christine Zitman (indirect owner of Defendants Spartan and Island through his interest in Connect X)**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **Plaintiff knows of no such entity at this time.**

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **We are currently unaware of any additional entities. This is not a bankruptcy case and we are currently unaware of any such individual or entity**.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **The Commission does not seek restitution as a remedy. The Commission is seeking a permanent injunction restraining and enjoining the Defendants from violating the federal securities laws as alleged in the Complaint; an order imposing disgorgement against Defendant Island Stock Transfer of all ill-gotten gains; an order imposing civil money penalties against the Defendants; and an order imposing a penny stock bar against Defendants Spartan Securities, Dilley, Eldred, and Lopez.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 4, 2019

    Respectfully submitted,

By:   s/ Wilfredo Fernandez
      Wilfredo Fernandez
      Senior Trial Counsel
      Florida Bar No. 142859
      Direct Dial: (305) 982-6376
      Email: fernandezw@sec.gov

Christine Nestor
Senior Trial Counsel
Fla. Bar No. 597211
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail:  nestorc@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

### SERVICE LIST

Alan M. Wolper. Esq.
Heidi E. VonderHeide, Esq.
Ulmer & Berne LLP
500 W. Madison Street, Suite 3600
 Chicago, Illinois 60661-4587
Tel.: 312.658.6564