UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                              Case No: 19-cv-448-T-33CPT

SPARTAN SECURITIES GROUP, LTD.
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY, MICAH J. ELDRED and
DAVID D. LOPEZ,

    Defendants.

_____

**UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT HEARING**

Defendants Spartan Securities Group, LTD., Island Capital Management, Carl E. Dilley, Micah J. Eldred and David D. Lopez hereby respectfully request the Court continue the Case Management Hearing set for May 22, 2019. In support of this request, Defendants state as follows:

1.    On April 29, 2019, the Court entered an order setting the Case Management Hearing in this matter for May 22, 2019. An immediate family member of lead counsel for Defendants is scheduled to have surgery that same date.

2.    Pursuant to local Rule 3.01(g), Counsel for Defendants has conferred with Counsel for the Commission regarding this request and the Commission does not oppose. Counsel has further conferred and confirmed that they are available to attend a rescheduled Case Management Hearing on any of the following dates: May 30, 2019, May 31, 2019, June 3-7, 2019; and June 10-11, 2019.

3.    This motion it not made to unnecessarily delay the proceedings in this case.

1

For the foregoing reasons, the Defendants respectfully request that the Court enter an order continuing the May 22, 2019 case management hearing to one of the dates proposed above.

Respectfully submitted this 6th day of May, 2019.

/s/Alan M. Wolper
Alan M. Wolper (FL Bar No. 61524)
Heidi E. VonderHeide (admitted *pro hac vice*)
**ULMER & BERNE LLP**
500 W. Madison, Suite 3600
Chicago, Illinois 60661
awolper@ulmer.com
Tel: (312) 658-6500
Fax: (312) 658-6501

Anna Patricia Morales Christiansen
(FL Bar. No. 27634)
**SPARTAN SECURITIES GROUP, LTD.,**
15500 Roosevelt Blvd, Suite 303
Clearwater, FL 33760
Tel: 727-502-0508
Fax: 727-502-0858
pmorales@spartansecurities.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT HEARING** on May 6, 2019, via the Court's electronic filing system, on all counsel of record.

*/s/ Alan M. Wolper*
