UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 19-CV-00448-VMC-CPT

SECURITIES AND EXCHANGE COMMISSION,

          **Plaintiff,**

v.

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,

          **Defendants.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXCUSE PLAINTIFF'S CO-COUNSEL FROM COURT APPEARANCE SET FOR MAY 31, 2019**

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that the Court excuse Senior Trial Counsel, Wilfredo Fernandez's appearance at the hearing scheduled for Friday, May 31, 2019 due to a medical illness that prevents him from traveling or appearing at the hearing.

Mr. Fernandez experienced an unexpected medical emergency and was hospitalized in mid-May which led to multiple surgeries. He is currently under the supervision of his physician who advises that he should not travel. Mr. Fernandez is expected to rejoin the trial team sometime in mid-to-late June. Undersigned counsel for the Commission will be present at the hearing and will be prepared to present oral argument and otherwise meaningfully participate in the case management conference. Therefore, with good cause shown, the Commission requests that Mr. Fernandez be excused from appearing at the hearing set for Friday, May 31, 2019.

Pursuant to Local Rule 3.01(g) undersigned counsel for the Commission has conferred with counsel for the Defendants who do not oppose the relief requested in this motion.

WHEREFORE, for the foregoing reasons, the Commission respectfully requests that this Court excuse Wilfredo Fernandez's appearance at the hearing scheduled for May 31, 2019.

Dated: May 29, 2019          BY:     s/Christine Nestor
                                     Christine Nestor
                                     Senior Trial Counsel
                                     Fla. Bar No. 597211
                                     Telephone: (305) 982-6367
                                     Facsimile: (305) 536-4154
                                     E-mail: nestorc@sec.gov

                                     Wilfredo Fernandez
                                     Senior Trial Counsel
                                     Fla. Bar No. 142859
                                     Telephone: (305) 982-6376
                                     Facsimile: (305) 536-4154
                                     E-mail: fernandezw@sec.gov


                                     **ATTORNEYS FOR PLAINTIFF**
                                     **SECURITIES AND EXCHANGE COMMISSION**
                                     801 Brickell Avenue, Suite 1800
                                     Miami, Florida 33131
                                     Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2019, I electronically filed the foregoing document via the Court's CM/ECF electronic filing system, which provides notice to all counsel of record.

                                              BY: /s/Christine Nestor