UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 19-CV-00448-VMC-CPT

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,

      Defendants.
_____/

## NOTICE OF AGREED SCHEDULE FOR MEDIATION

Pursuant to the Court's Case Management and Scheduling Order [DE 43] dated June 4, 2019, Plaintiff Securities and Exchange Commission hereby notifies the Court that the parties and the mediator, Brian Mooney, have agreed to conduct the mediation in this matter on February 5, 2020 at 10:00 a.m. in Tampa, Florida.

Dated: June 14, 2019      BY:   s/Christine Nestor
      Christine Nestor
      Senior Trial Counsel
      Fla. Bar No. 597211
      Telephone: (305) 982-6367
      Facsimile: (305) 536-4154
      E-mail: nestorc@sec.gov

      Wilfredo Fernandez
      Senior Trial Counsel
      Fla. Bar No. 142859
      Telephone: (305) 982-6376
      Facsimile: (305) 536-4154
      E-mail: fernandezw@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2019, I electronically filed the foregoing document via the Court's CM/ECF electronic filing system, which provides notice to all counsel of record and via-email to the parties listed on the attached Service List.

BY: /s/Christine Nestor

## SERVICE LIST

Securities and Exchange Commission v. Spartan Securities Group. LTD., Island Capital Management LLC, Carl E. Dilley, Micah J. Eldred and David D. Lopez
Case No. 19-CV-00448-VMC-CPT
United States District Court, Middle District of Florida

Brian G. Mooney, Esq,
The Mooney Firm
4350 W. Cypress St.
Suite 275
Tampa, FL  33607
PH: (813) 877-1800
E-Mail: brian.mooney@themooneyfirm.com