**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                                          Case No: 19-cv-448-T-33CPT

SPARTAN SECURITIES GROUP, LTD.
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY, MICAH J. ELDRED and
DAVID D. LOPEZ,

    Defendants.

**DEFENDANTS' DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants Spartan Securities Group, Ltd., Island Capital Management, Carl E. Dilley, Micah J. Eldred, and David D. Lopez demand trial by jury in this action of all issues so triable.

Respectfully submitted this 14th day of June, 2019.

                                                  **ULMER & BERNE LLP**

                                                */s/Alan M. Wolper*
                                                Alan M. Wolper
                                                FL Bar # 61524
                                                500 W. Madison, Suite 3600
                                                Chicago, Illinois 60661
                                                awolper@ulmer.com
                                                Tel: (312) 658-6500
                                                Fax: (312) 658-6501

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing **Defendants' Demand for Jury Trial** on June 14, 2019, via the Court's electronic filing system, on all counsel of record.

                                                                     */s/ Alan M. Wolper*