IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : : : : : : : : : : : : : : : : : |
| Plaintiff, | |
| v. | |
| SPARTAN SECURITIES GROUP, LTD., ISLAND CAPITAL MANAGEMENT, CARL E. DILLEY, MICAH J. ELDRED and DAVID D. LOPEZ | |
| Defendants. | |

CASE NO.: 8:19-cv-448-VMC-CPT

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, of the United States District Court, Middle District of Florida, Defendants, by and through their undersigned attorneys, move this Court for an order allowing Caleb Kruckenberg, New Civil Liberties Alliance, 1225 19th St NW, Suite 450, Washington DC, 20036, 202-869-5210, caleb.kruckenberg@ncla.legal, to appear in this Court as counsel on behalf of all Defendants in this proceeding.

In support of this Motion, Defendants state:

1. Caleb Kruckenberg and his law firm have been retained to represent Defendants in these proceedings.

2. Mr. Kruckenberg does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Kruckenberg is a member of good standing and admitted to practice before the following jurisdictions: Pennsylvania, New York, the U.S. District Courts for the Eastern District of Pennsylvania, District of New Mexico, Northern District of New York and the U.S. Court of Appeals for the Third and Tenth Circuits. There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

4. Mr. Kruckenberg is familiar with and will be governed by the Local Rules of this Court, including Rule 2.04 thereof. Mr. Kruckenberg is also familiar with and will abide by the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Kruckenberg designates Matthew Seth Sarelson, a resident of Florida who is admitted to practice law as a member of this Court (Florida Bar No: 888281) as the lawyer upon which all notices and papers may be served and who will be responsible for the progress of this case in the event of default of Mr. Kruckenberg.

6. Through his signature, below, Matthew Sarelson hereby consents to such designation.

7. Pursuant to Rule 2.02(a) of the Local Rules, Matthew Sarelson certifies that Mr. Kruckenberg has complied with the fee and email registration requirements of Rule 2.01(d).

8. Mr. Kruckenberg has contacted counsel for the plaintiff about this matter, and Plaintiff does not oppose the motion.

9. A Proposed Order is attached hereto as Exhibit "A."

WHEREFORE, Defendants respectfully request that this Court enter an order admitting Mr. Kruckenberg to practice before this Court *pro hac vice*.

Dated: July 12, 2019

Respectfully,

<u>/s/ Mathew Sarelson</u>
Mathew Seth Sarelson, Esq.
Matthew Seth Sarelson, P.A.
600 Brickell Avenue, Suite 1715
Miami, Florida 33131
msarelson@kymplaw.com
(305) 330-0690
Local Counsel for All Defendants
