UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    Case No: 19-cv-448-T-33CPT

SPARTAN SECURITIES GROUP, LTD.
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY, MICAH J. ELDRED and
DAVID D. LOPEZ,

    Defendants.
_____

**MOTION TO WITHDRAW**

The undersigned attorneys Alan M. Wolper, Heidi E. VonderHeide, and Anna Patricia Morales Christiansen, respectfully moves this Honorable Court to pursuant to M.D. Fla. L. R. 2.03(b) for an order authorizing counsel's withdrawal, and in support thereof states:

Defendants have retained new counsel who has filed his appearance in this case and who will take over the defense of this case going forward.

Pursuant to Local Rule 2.03(b), the undersigned have conferred with all Defendants about this motion. Defendants have confirmed in writing that they do not object to the withdrawal of the undersigned in this case and that they will not be prejudiced by said withdrawal.

The undersigned represent that this Motion is made in good faith and not for the purposes of unduly delaying the proceedings herein.

For the foregoing reasons, the undersigned respectfully request that the Court enter an order authorizing the withdrawal of Alan M. Wolper, Heidi E. VonderHeide, and Anna Patricia Morales Christiansen as counsel for Defendants.

Respectfully submitted this 16th day of July, 2019.

**ULMER & BERNE LLP**
500 W. Madison, Suite 3600
Chicago, Illinois 60661
Tel: (312) 658-6500
Fax: (312) 658-6501

*/s/Alan M. Wolper*
Alan M. Wolper
(FL Bar No. 61524)
awolper@ulmer.com

*/s/ Heidi E. VonderHeide*
Heidi E. VonderHeide
(admitted *pro hac vice*)
hvonderheide@ulmer.com


**SPARTAN SECURITIES GROUP, LTD.,**
15500 Roosevelt Blvd, Suite 303
Clearwater, FL 33760
Tel: 727-502-0508
Fax: 727-502-0858

*/s/ Anna Patricia Morales Christiansen*
Anna Patricia Morales Christiansen
(FL Bar. No. 27634)
pmorales@spartansecurities.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing document on July 16, 2019, via the Court's electronic filing system and that service was perfected on all counsel of record through this system.

                                                              */s/ Alan M. Wolper*