# THE MOONEY FIRM
A Professional Limited Liability Company

4300 W Cypress Street, Suite 825
Tampa, Florida 33607
(813) 877-1800
brian.mooney@themooneyfirm.com

February 10, 2020

Kevin Jessar J.D.
SEC Dispute Resolution Specialist
Director of the Collaboration & Resolution Everyday ADR (CaRE) program
Securities and Exchange Commission
100 F Street, NE
Suite 3868
Washington, D.C. 20549

RE:   *In the Matter of the Arbitration Between*:
U.S. Securities and Exchange Commission v. Spartan Securities Group, Ltd., et al., Case No. 8:19-cv-00448-VMC-CPT

## INVOICE

**FOR MEDIATION SERVICES RENDERED:**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 2/4/2020 | Preparation for Mediation (Review party submissions) | N/A |
| 2/5/2020 | Mediation Services Included in Flat Rate *Flat Rate - $5,500.00 ÷ 2 = $2,750.00* | N/A |

**TOTAL AMOUNT DUE UPON RECEIPT:**          $2,750.00

"THE MOONEY FIRM, PLLC"
(FEIN: 47-4242184)
Thank you!

cc: Ms. Sherri Wimbush

**EXHIBIT A**