**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**CASE NO. 19-CV-00448-VMC-CPT**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.

**SPARTAN SECURITIES GROUP, LTD.,**
**ISLAND CAPITAL MANAGEMENT LLC,**
**CARL E. DILLEY,**
**MICAH J. ELDRED, and**
**DAVID D. LOPEZ,**

      **Defendants.**

_____/

## ORDER

Following a careful review of the record, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion For Sanctions For Defendants Failure To Personally Appear At Mediation (DE ), is GRANTED. The Plaintiff is awarded monetary sanctions in the amount of $2,750 against defendants Carl E. Dilley and Micah J. Eldred, pursuant to Fed.R.Civ.P. 37(b)(2) and Local Rule 9.05 (c) for reasonable expenses regarding the cost of mediation, caused by the failure of those defendants to have a representative with settlement authority personally appear at the February 5, 2020 mediation. The payment shall be made no later than 14 days after the date of this Order on or before March 21, 2020.

**DONE AND ORDERED** in Tampa, Florida, this _____ day of February 2020.

_____
**VIRGINIA M. HERNANDEZ COVINGTON**
**UNITED STATES DISTRICT JUDGE**