```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

U.S. SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                            Case No. 8:19-cv-448-T-33CPT

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,

    Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 73), filed on March 2, 2020, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Peter J. Grilli, Esq.

    **Address**:               3001 W. Azeele Street
                               Tampa, FL 33609

    **Telephone:**          (813) 874-1002

By agreement of the parties, the mediation conference is scheduled for **June 16, 2020, at 10:00 a.m.** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

Now that the mediation has been scheduled, the parties may not unilaterally reschedule the mediation conference — a motion must be filed, and leave of Court obtained, if they seek to reschedule the mediation. In the motion to reschedule, counsel must include the proposed date of rescheduling; the Court reserves the right to deny any motion that seeks to reschedule the mediation conference for a date beyond the mediation deadline previously set by the Court.

Furthermore, neither party may cancel the mediation without first obtaining leave of Court, even if the parties have reached a settlement.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>3rd</u> day of March, 2020.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE