UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: CIVIL CASES ASSIGNED TO
JUDGE VIRGINIA M. HERNANDEZ-
COVINGTON SCHEDULED FOR          Case No. 8:19-cv-448-T-33CPT
MEDIATION ON OR BEFORE
JUNE 30, 2020
_____/

## ORDER

In any civil action in which mediation has been ordered and is scheduled to take place on or before June 30, 2020, a participant can satisfy the party attendance requirement of Local Rule 9.05(c) by participating by video conference in the mediation.  Participation by telephone will not satisfy the personal attendance requirement unless, in the discretion of the mediator, participation by video is infeasible due to circumstances beyond the control of the parties and their counsel.  Parties who have already requested, and received, Court approval to appear telephonically at mediation may still do so, although the Court would urge these parties to make arrangements to appear by video conference. Any party who wishes to appear by video must notify the mediator reasonably in advance of the mediation to enable the mediator to prepare satisfactorily.

1

DONE and ORDERED in Chambers in Tampa, Florida, this <u>8th</u>

day of May, 2020.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE