**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**U.S. SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No.:8:19-cv-00448-VMC-CPT**

**SPARTAN SECURITIES GROUP, LTD, et al.,**

    **Defendants.**

_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation video conference was held on June 16, 2020. Plaintiff's trial counsel, and the individual Defendants for themselves and as corporate representatives with trial counsel attended and participated.

<u>The parties have reached an impasse.</u>

Done June 16, 2020 in Tampa, Florida.

                                    Respectfully submitted,

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002    Fax: 813.874.1131
                                    email: peter@grillimediation.com

I HEREBY CERTIFY that June 16, 2020 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.