IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : : : : | CASE NO.: 8:19-cv-448-VMC-CPT |
| Plaintiff, | : : | |
| v. | : : : : | |
| SPARTAN SECURITIES GROUP, LTD., ISLAND CAPITAL MANAGEMENT, CARL E. DILLEY, MICAH J. ELDRED and DAVID D. LOPEZ | : : : : : | |
| Defendants. | : : | |

**JOINT MOTION TO EXCEED THE PAGE LIMIT SET FOR IN LOCAL RULE 3.01(D)**

Plaintiff U.S. Securities and Exchange Commission and Defendants Spartan Securities Group, LTD., Island Capital Management LLC, Carl E. Dilley, Micah J. Eldred and David D. Lopez, through undersigned counsel, jointly move pursuant to Local Rule 3.01(d) requesting leave to file motions for summary judgment in excess of 25 pages. In support of the motion counsel state as follows:

1. Motions for summary judgment are due in this matter on Friday, August 14, 2020. (*See* ECF No. 87.)

2. Local Rule 3.01(a) imposes a 25-page maximum for briefs and memoranda, including statements of material facts.

3. Defense counsel anticipate filing a combined motion for summary judgment concerning all five named defendants, however that filing is anticipated to be up to 45 pages in length.

1

4. Plaintiff also anticipates filing a motion for summary judgment that is anticipated to be up to 45 pages in length.

5. This matter presents a complex set of facts and legal issues that cannot adequately be addressed in the current maximum page limit.

6. The complaint is 62 pages in length, contains 191 numbered paragraphs, and alleges 14 counts against five separate defendants. (*See* ECF No. 1.)

7. Additionally, the allegations in this case involve conduct over a five-year period concerning 19 different corporate entities.

8. To adequately address the relevant issues raised in motions to dismiss, this Court granted the defense leave to file two different motions to dismiss, one 35 pages in length, and the other 30 pages in length. (*See* ECF No. 20.)

9. Plaintiff filed an oversized response to those motions to dismiss. (*See* ECF No. 28.)

10. Motions for summary judgment will necessarily be more complex than the motions to dismiss as the factual record has been developed, and the litigants must file statements of material facts.

11. Further, in order to avoid unnecessary repetition, and to help facilitate this Court's disposition of any motion, Defense Counsel wish to file a single, consolidated motion for summary judgment for all defendants, rather than multiple 25-page motions for each defendant.

12. Counsel for all parties agree to the requested relief.

WHEREFORE, the parties jointly request leave to file motions for summary judgment of up to 45 pages in length.

Dated: August 7, 2020                                              Respectfully Submitted,

*/s/ Caleb Kruckenberg*
**Caleb Kruckenberg**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. N.W., Suite 450
Washington, D.C., 20036
caleb.kruckenberg@ncla.legal
(202) 869-5217
Counsel for Defendants
Appearing *Pro Hac Vice*

*/s/ Kara Rollins*
**Kara Rollins**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. N.W., Suite 450
Washington, D.C., 20036
kara.rollins@ncla.legal
(202) 869-5210
Counsel for Defendants
Appearing *Pro Hac Vice*

*/s/Christine Nestor*
**Christine Nestor**
nestorc@sec.gov
US Securities & Exchange Commission
801 Brickell Ave Ste 1950
Miami, FL 33131-4901
Counsel for Plaintiff

*/s/ Wilfredo Fernandez*
**Wilfredo Fernandez**
fernandezw@sec.gov
US Securities & Exchange Commission
801 Brickell Ave Ste 1950
Miami, FL 33131-4901
Counsel for Plaintiff

*/s/ Alise Johnson*
**Alise Johnson**
johnsonali@sec.gov
US Securities & Exchange Commission
801 Brickell Ave Ste 1950
Miami, FL 33131-4901
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Respectfully,

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. N.W., Suite 450
Washington, D.C., 20036
caleb.kruckenberg@ncla.legal
(202) 869-5217
Counsel for Defendants
Appearing *Pro Hac Vice*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)**

I hereby certify that I have conferred with opposing counsel concerning the relief sought and opposing counsel has joined the motion.

                                                                      Respectfully,

                                                                      */s/ Caleb Kruckenberg*
                                                                      Caleb Kruckenberg
                                                                       Litigation Counsel
                                                                       New Civil Liberties Alliance
                                                                       1225 19th St. N.W., Suite 450
                                                                       Washington, D.C., 20036
                                                                       caleb.kruckenberg@ncla.legal
                                                                       (202) 869-5217
                                                                       Counsel for Defendants
                                                                       Appearing *Pro Hac Vice*