**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**CASE NO. 19-CV-00448-VMC-CPT**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**SPARTAN SECURITIES GROUP, LTD.,**
**ISLAND CAPITAL MANAGEMENT LLC,**
**CARL E. DILLEY,**
**MICAH J. ELDRED, and**
**DAVID D. LOPEZ,**

      **Defendants.**

_____/

**INDEX OF EXHIBITS TO**

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Spartan CRD |
| 2 | Mirman Plea Agreement |
| 3 | Rose Plea Agreement |
| 4 | Mirman Deposition Transcript (Excerpts) |
| 5 | Rose Deposition Transcript (Excerpts) |
| 6 | Dilley Deposition Transcript (Excerpts) |
| 7 | Dilley Investigative Testimony Transcript (Excerpts) |
| 8 | Zajonc Testimony Transcript (Excerpts) |
| 9 | FINRA Form 211 – First Titan Corp. |
| 10 | FINRA Form 211- On The Move System Corp. |

| Exhibit No. | Description |
|---|---|
| 11 | FINRA Form 211- Envoy Group Corp. |
| 12 | FINRA Form 211- Kids Germ Defense Corporation. |
| 13 | FINRA Form 211 - Obscene Jeans Corp. |
| 14 | FINRA Form 211 - E-Waste Corp. |
| 15 | FINRA Form 211 - Changing Technologies Inc. |
| 16 | FINRA Form 211 - Neutra Corp. |
| 17 | FINRA Form 211 - Global Group Enterprises Corp. |
| 18 | FINRA Form 211- First Social Networx Corp. |
| 19 | FINRA Form 211 - First Independence Corp. |
| 20 | FINRA Form 211 - Rainbow Coral Corp. |
| 21 | FINRA Form 211 - Aristocrat Group Corp. |
| 22 | FINRA Form 211 – First Xeris  Corp. |
| 23 | Stark Testimony Transcript - Excerpts |
| 24 | Crawford Testimony Transcript - Excerpts |
| 25 | Tatar Testimony Transcript - Excerpts |
| 26 | Stark-Cappelli Testimony Transcript - Excerpts |
| 27 | J. Maute Testimony Transcript - Excerpts |
| 28 | M. Maute Testimony Transcript - Excerpts |
| 29 | J. Nicholas Testimony Transcript - Excerpts |
| 30 | M. Nicholas Testimony Transcript - Excerpts |
| 31 | Mullins Testimony Transcript - Excerpts |
| 32 | December 2009 email string from Rose to Dilley re: Form 211 Application for Kids Germ Defense Corp |

2

| Exhibit No. | Description |
|---|---|
| 33 | November 6, 2013 email from Dilley to Rose re: Envoy Group Corp. FINRA Form 211 |
| 34 | November 13, 2013 e-mail from Mirman to Zajonc re: Changing Technologies Form 211 Application |
| 35 | Lindsay Testimony Transcript - Excerpts |
| 36 | Egna Testimony Transcript - Excerpts |
| 37 | January 4, 2010 email from Dilley to Rose re: FINRA Form 211 Application of Kids Germ Defense Corp. |
| 38 | October 4, 2010 email from Krokhina to Rose with cc to Dilley re; Obscene Jeans Corp. - DTC |
| 39 | October 5, 2010 email from Rose to Dilley re: FYI, with attached Corporate Profile of Obscene Jeans Corp. |
| 40 | November 5, 2010 email from Dilley to Rose with attached signed Escrow Agreement – Obscene Jeans |
| 41 | November 5, 2010 email from Rose to Dilley re: Obscene Jeans Escrow Agreement to be signed |
| 42 | August 2010 email string among Eldred, Muellerleile, Krokhina re: On Time Filings Inc. Form 211 Application |
| 43 | September 19, 2011 email string between Mirman and Dilley regarding Rainbow Coral Corp. and Neutra - outstanding balance |
| 44 | Form S-1 Rainbow Coral Corp. |
| 45 | Form S-1/A Neutra Corp. |
| 46 | Batch Information Sheet for securities transfer - Rainbow Coral Corp. |
| 47 | Rainbow Coral Corp. issued stock certificate nos. 1032-1035 |
| 48 | Batch Information Sheet for securities transfer - Neutra Corp. |
| 49 | Neutra Corp. issued stock certificate nos. 1029-1035 |
| 50 | December 4-5, 2012 email string among Kotlova, Dilley, Mirman and Greg Deck regarding E-Waste and sale of company. |
| 51 | January 1, 2013 email from Dilley to Rose regarding Global Group Enterprises. |

| Exhibit No. | Description |
|---|---|
| 52 | January 2013 email between Mandi Tims and Dilley re: Global Group Enterprises Corp. |
| 53 | February 27, 2013 email string among Kotlova, Dilley and Mirman regarding Global Group Enterprises |
| 54 | Securities Transfer Journal- Global Group Enterprises Corp. |
| 55 | Batch Information Sheet for securities transfer - Global Group Enterprises Corp. |
| 56 | February 28, 2013 Letter from Gottbetter & Partners LLC to Island Stock Transfer re: Global Group Enterprises Corp.' Transfer of Free-Trading Shares |
| 57 | Securities Transfer Journal- E-Waste Corp. |
| 58 | Batch Information Sheet for securities transfer re: E-Waste Corp. |
| 59 | E-Waste Corp. issued stock certificate no. 1026 to ALPCO |
| 60 | E-Waste Corp. issued certificate no. 1035 with Stock Purchase Agreement among seller Philip Stock, buyer and Gottbetter & Partners LLC as Escrow Agent |
| 61 | Batch Information Sheet for securities transfer re:  E-Waste Corp. |
| 62 | Form S 1/A First Xeris Corp. |
| 63 | Form S-1/A First Titan Corp |
| 64 | Form S-1/A On The Move |
| 65 | Form S-1 Envoy Group Corp. |
| 66 | Form S-1/A Kids Germ Defense Corp. |
| 67 | Form S-1/A (Amendment No. 4) – Obscene Jeans Corp. |
| 68 | Form S-1/A E-Waste Corp. |

| Exhibit No. | Description |
|---|---|
| 69 | Form S-1 – Aristocrat Group |
| 70 | Form S-1/A – Changing Technologies, Inc. |
| 71 | Form S-1, Global Group Enterprises Corp. |
| 72 | Form S-1/A First Social Networx Corp. |
| 73 | Nov. 22, 2013 email among Lopez, Zajonc, Dilley re: Envoy/15c2-11/FINRA 1st Comment - Question |
| 74 | January 30, 2009 email from Rose to Dilley re: Kids Germ Defense Corp. |
| 75 | November 6, 2013 email from Rose to Dilley re: C211 Envoy Group Corp |
| 76 | Shareholder Relationships Charts |
| 77 | Lopez Testimony Transcripts (2 volumes) - Excerpts |
| 78 | November 6, 2013 email string among Mirman, Dilley, Rose and Egna re Form 211 for Changing Technologies, Inc. |
| 79 | November 2013 email string among Zajonc, Mirman, Dilley and Egna regarding 211 for Changing Technologies |
| 80 | December 9, 2013 email from Zajonc to Mirman re: Changing Technologies/ 15c2-11/FINRA 1st Comment |
| 81 | January 16, 2014 email from Zajonc to Sheldon re: First Xeris/211/Welcome |
| 82 | Daniels Testimony Transcript - Excerpts |
| 83 | FINRA Form 211 for Court Document Services, Inc. |
| 84 | E-Mail from Eldred to Daniels regarding Andy – Using Court Documents as a vehicle. |
| 85 | Declaration of Tina Donnelly |
| 86 | Eldred Investigative Testimony Transcript - Excerpts |

| Exhibit No. | Description |
|---|---|
| 87 | Harrison Investigative Testimony Transcript - Excerpts |
| 88 | July 22, 2011 email from Greg Jaclin to Eldred re: Shell Companies |
| 89 | November 30, 2010 email from Eldred to Harrison regarding Coastline |
| 90 | April 6, 2011 email from Eldred to Harrison regarding Transfer Agent Agreement; TA Premier Svcs Agreement |
| 91 | FINRA Form 211 Dinello Restaurant Ventures, Inc. |
| 92 | May 9, 2011 email from Harrison to Eldred regarding Dinello Form 211 |
| 93 | May 13, 2011 Letter to Eldred from Harrison re: FINRA Form 211 Application- Dinello Restaurant Ventures, Inc. |
| 94 | Paquette Investigative Testimony Transcript - Excerpts |
| 95 | Memo from Daniels regarding shareholder purchases in Court Document Services, Inc. |
| 96 | August 18, 2011 email from Daniels to Eldred re: DNLO |
| 97 | October 21, 2011 email string between Lopez and Harrison Re: Review of Dinello Restaurant |
| 98 | July 10, 2012 email from Eldred to Andy Fan re: proposed merger |
| 99 | June 29, 2012 email among Eldred, Dilley and Fan with cc to Daniels, Harrison, Jinlong Liu re: Closing |
| 100 | Shareholder Information and Regressing Diagram for Court Document Services and Quality Wallbeds |
| 101 | FINRA Form 211 -Top To Bottom Washing, Inc. |
| 102 | October 18, 2013 email from Zajonc to Eldred re: Top to Bottom 15c2-11 FINRA 1st Comment and Response |
| 103 | Bradaick Investigative Testimony Transcript - Excerpts |
| 104 | September 20, 2013 Letter from Daniels to Zajonc regarding Top to Bottom Pressure Washing common stock FINRA Matter |
| 105 | October 1, 2013 email from Bradaick to Zajonc re: Top to Bottom Pressure Washing with attachments: 211 response and related documents |

| Exhibit No. | Description |
|---|---|
| 106 | July 17, 2014 email from Eldren to Harrison with cc to Zajonc re: PurpleReal.com Form 211 |
| 107 | FINRA Form 211 – PurpleReal.com |
| 108 | August 22, 2014 email from Eldred to Daniels, Harrison and Zajonc regarding PurpleReal.Com, |
| 109 | August 28, 2014 email from Zajonc to Harrison and Daniels regarding FINRA 211 for PurpleReal. |
| 110 | Spartan Written Supervisory Procedures Manual – July 2012 – Excerpts only |
| 111 | Spartan Written Supervisory Procedures Manual - June 2009 |
| 112 | Spartan Trading and Marketing Procedure Manual – October 2013 |
| 113 | Lopez Deposition Transcript - Excerpts |
| 114 | Spartan Securities Group, Ltd. Rule 15c211 Red Flags |
| 115 | Kotlova Testimony Transcript - Excerpts |
| 116 | March 2013 email string between Lopez and Zajonc re: First Independence Corp.-15c2-11, FINRA 1st Comment and Response |
| 117 | October 18, 2013 email from Zajonc to Eldred re: Top to Bottom/15c2-11/FINRA 1st Comment & Response |
| 118 | Nov. 25, 2013 email bet. Lopez and Zajonc re: Envoy Group/15c2-11/FINRA 1st Comment & Response |
| 119 | Dec. 9, 2013 email between Zajonc and Lopez re: Envoy Group/211/FINRA 2nd Comment & Response |
| 120 | Dec. 18, 2013 email between Lopez and Zajonc re: Envoy Group/15c2-11/FINRA 3rd Comment & Response |
| 121 | February 13, 2014 email between Lopez and Zajonc re: First Xeris/211/FINRA 1st Comment and Response |

| Exhibit No. | Description |
|---|---|
| 122 | Island Capital Management Company Policy and Procedures |
| 123 | November 6, 2012 email from Kotlova to Abby Lord et al. with cc to Dilley and Nobel re: Next Couple of Weeks with attachment of  Island Stock Transfer Introduction to the Industry |
| 124 | Haskaj Testimony Transcript - Excerpts |
| 125 | Jarman Testimony Transcript - Excerpts |
| 126 | Long Testimony Transcript – Excerpts |
| 127 | Stock Certificate Nos. 1000-1025 – First Independence Corp. |