**PLAINTIFF'S WITNESS LIST**



EXHIBIT 1

|   | Name of Witness | Likelihood of calling |
|---|---|---|
| 1. | Micah J. Eldred | Will call |
| 2. | Carl E. Dilley | Will call |
| 3. | David D. Lopez | Will call |
| 4. | Alvin Mirman | Will call |
| 5. | Sheldon Rose | Will call |
| 6. | James Cangiano | Will call |
| 7. | Taylor Zajonc | Will call |
| 8. | Matthew L. Egna | May call |
| 9. | Catherine A. Bradaick-Zolla | May call |
| 10. | Tina Donnelly | May call |
| 11. | John Maute | May call |
| 12. | Melanie Maute | May call |
| 13. | Deborah Igoe | May call |
| 14. | Jocelyn Nicholas | May call |
| 15. | Ana Krokhina | May call |
| 16. | Rachel Stark-Cappelli | May call |
| 17. | Mark Nicholas | May call |
| 18. | Nigel Lindsay | May call |
| 19. | David Mullins | May call |
| 20. | Marilyn Stark | May call |
| 21. | Philip Stark | May call |
| 22. | Anna Kotlova | May call |
| 23. | Ervin Haskaj | May call |
| 24. | John Paquette | May call |
| 25. | Deji Adams (FINRA) | May call (via video) |
| 26. | Mario Martins (FINRA) | May call (via video) |
| 27. | Alec Stanley (FINRA) | May call (via video) |
| 28. | Andy Fan | May call |
| 29. | Andrew Keck | May call |
| 30. | Sarah Keck | May call |
| 31. | Diane Harrison | May call |
| 32. | Michael Daniels | May call but subject of MIL |
| 33. | Ioana C. Tiba a/k/a Cassie Tiba | Unlikely to call |
| 34. | Natalia Jarman | Unlikely to call |
| 35. | Caitlin Clawson Long | Unlikely to call |
| 36. | Christopher A. Conley | Unlikely to call |
| 37. | Anna Williams Warcewicz | Unlikely to call |
| 38. | Jennifer Marie Thomas | Unlikely to call |
| 39. | David Lylis | Unlikely to call |

| 40. | Douglas Zolla | Unlikely to call |
| 41. | Henry Lloyd Burkley | Unlikely to call |
| 42. | John Crawford | Unlikely to call |
| 43. | Robert Tatar | Unlikely to call |
| 44. | Natalie Bannister | May call |