UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EXHIBIT**

**2**

U.S. SECURITIES AND EXCHANGE
COMMISSION,

Case No.: 8:19-cv-448-VMC-CPT

Plaintiff,

Trial

v.

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY, MICAH J. ELDRED,
and DAVID D. LOPEZ

Defendants.

| WITNESS LIST | | |
|---|---|---|
| _____ Plaintiff      ___X__ Defendant | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 1. | Deji Adams (Will Call) | Fact witness regarding FINRA's general practices, policies, and procedures related to Form 211 clearance process; and regarding FINRA's practices, policies, and procedures related to Form 211 clearance process for certain companies at issue | |
| 2. | Michael J. Daniels (May Call) | Fact witness regarding the actions alleged in the complaint | |
| 3. | Carl Dilley (Will Call) | Fact witness regarding personal knowledge of Spartan and Island's business practices, policies, and procedures; | |

| | | | |
|---|---|---|---|
| | | personal knowledge of statutory and regulatory obligations and industry best practices; personal knowledge regarding actions alleged in the complaint | |
| 4. | Bryan Dyer (Will Call) | Fact witness regarding SEC's examinations of Spartan and Island | |
| 5. | Micah Eldred (Will Call) | Fact witness regarding personal knowledge and understanding of Spartan and Island's business practices, policies, and procedures; personal knowledge and understanding of statutory and regulatory obligations and industry best practices; personal knowledge and understanding regarding actions alleged in the complaint | |
| 6. | George Franceschini (Will Call) | Fact witness regarding SEC's examinations of Spartan and Island | |
| 7. | Mark Harmon (Will Call) | Expert witness regarding general background information on the relevant statutory and regulatory schemes; documents that transfer agents typically consult prior to recording transfers; the decision-making process transfer agents generally follow; he kind of regulatory and legal considerations transfer agents usually take into account when evaluating transfers | |

| | | | |
|---|---|---|---|
| 8. | Diane J. Harrison (May Call) | Fact witness regarding the actions alleged in the complaint | |
| 9. | David Lopez (Will Call) | Fact witness regarding personal knowledge and understanding of Spartan and Island's business practices, policies, and procedures; personal knowledge and understanding of statutory and regulatory obligations and industry best practices; personal knowledge and understanding regarding actions alleged in the complaint | |
| 10. | Mario C. Martins, Jr. (Will Call) | Fact witness regarding FINRA's general practices, policies, and procedures related to Form 211 clearance process; and regarding FINRA's practices, policies, and procedures related to Form 211 clearance process for certain companies at issue | |
| 11. | Alvin Saul Mirman (May Call) | Fact witness regarding the actions alleged in the complaint | |
| 12. | Sheldon R. Rose (May Call) | Fact witness regarding the actions alleged in the complaint | |
| 13. | Alec Stanley (Will Call) | Fact witness regarding FINRA's general practices, policies, and procedures related to Form 211 clearance process; and regarding FINRA's practices, policies, and procedures related to Form 211 clearance process for certain companies at issue | |
| 14. | Any person named in the discovery documents or noticed by Plaintiff (May Call) | | |