

# EXHIBIT LIST



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

       Plaintiff,

v.

**SPARTAN SECURITIES GROUP, LTD., ISLAND CAPITAL MANAGEMENT LLC, CARL E. DILLEY, MICAH J. ELDRED, and DAVID D. LOPEZ,**

       Defendant.

Case No.: 8:19-cv-00448-VMC

Trial

**JOINT EXHIBITS**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint 1 | | | | | Shareholder List - Obscene Jeans Corp. (Depo Ex 157) |
| Joint 2 | | | | | Relationship Chart – Obscene Jeans Corp. (Depo Ex 158) |
| Joint 3 | | | | | Obscene Jeans Form 211 (Depo Ex 23, IT 208) |
| Joint 4 | | | | | E-Mail from Dilley to Rose dated 11/05/10 re: Escrow Agreement of Obscene Jeans (Depo Ex 36) |
| Joint 5 | | | | | Obscene Jeans Form S-1/A Amendment 4 (Depo Ex 156) |
| Joint 6 | | | | | On the Move Systems Form S-1/A Amendment 1 (Depo Ex 162, IT Ex 128) |
| Joint 7 | | | | | Kids Germ Defense Form 211 (Depo Ex 21, 148) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint 8 | | | | | On the Move Systems Form 211 (Depo Ex 25, IT Ex 131) |
| Joint 9 | | | | | E-Waste Form 211 (Depo Ex. 14, IT Ex 240) |
| Joint 10 | | | | | Aristocrat Group Form 211 (Depo Ex 26, 98, IT Ex. 260, 797) |
| Joint 11 | | | | | First Social Networx Form 211 (Depo Ex 27, 111; IT Ex 367) |
| Joint 12 | | | | | First Xeris Corp. Form 211 (Depo Ex 31, 147; IT Ex 820) |
| Joint 13 | | | | | Aristocrat Group Form S-1/A Amendment 3 (Depo Ex 99, IT Ex 257) |
| Joint 14 | | | | | Envoy Group Form S-1/A Amendment 4 (Depo Ex 10, 106; IT Ex 162) |
| Joint 15 | | | | | E-Waste Form S-1/A Amendment 2 (Depo Ex. 134; IT Ex 234) |
| Joint 16 | | | | | First Titan Form S-1/A Amendment 2 (Depo Ex 127, IT Ex 106) |
| Joint 17 | | | | | Kids Germ Defense Form S-1/A Amend 5 (Depo Ex 149, IT Ex 181) |
| Joint 18 | | | | | Changing Technologies Form S-1/A (Depo Ex 141, IT Ex. 277) |
| Joint 19 | | | | | Shareholder List – E-Waste Corp. (Depo Ex 135) |
| Joint 20 | | | | | E-Waste Shareholder Relationships (Depo Ex 135, IT Ex 237) |
| Joint 21 | | | | | Shareholder List –Changing Technologies, Inc. (Depo Ex 142) |
| Joint 22 | | | | | Shareholder List – Kids Germ Defense Corp. (Depo Ex 150) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Joint 23 | | | | | Shareholder List – Aristocrat (Depo Ex 100) |
| Joint 24 | | | | | Shareholder List – Envoy (Depo Ex 107) |
| Joint 25 | | | | | Shareholder List - First Titan (Depo Ex 128) |
| Joint 26 | | | | | Aristocrat Shareholder Relationship List (Depo Ex 101, IT Ex 250) |
| Joint 27 | | | | | Shareholder Relationship – Kids Germ Defense Corp. (Depo Ex 151) |
| Joint 28 | | | | | Shareholder Relationship – Changing Technologies, Inc. (Depo Ex 143) |
| Joint 29 | | | | | Rainbow Coral Share Certificates (IT Ex 894) |
| Joint 30 | | | | | Rainbow Coral Transfer Journal All Institutions for period 1/1/9-10/30/17 (IT Ex 892) |
| Joint 31 | | | | | Rainbow Coral Total Batch Information All Institutions Effective 5/3/18 (IT Ex 893) |
| Joint 32 | | | | | Neutra Transfer Journal for period 6/3/11-1/31/16 (IT Ex 901) |
| Joint 33 | | | | | Neutra Total Batch Information All Institutions Effective 5/3/18 (IT Ex 902) |
| Joint 34 | | | | | Neutra Share Certificates (IT Ex 903) |
| Joint 35 | | | | | Neutra Corp. Transfer Journal, Cancelled Certificate, Stock Power and Letter from Delaney to Island to cancel and reissue Certificates (IT Ex 973) |
| Joint 36 | | | | | Neutra Corp. Total Batch Information Effective 5/3/18 and Share Certificates (IT Ex 974) |

| | | | | | |
|---|---|---|---|---|---|
| Joint 37 | | | | | Neutra Total Batch Information Effective 5/31/18 and Share Certificate (IT Ex 1004) |
| Joint 38 | | | | | 9/19/11 Email from Carl Dilley to Alvin Mirman re Rainbow Coral Corp/60 days overdue (Depo Ex 11, IT Ex 881) |
| Joint 39 | | | | | E-Mail chain dated May 8, 2012 between Mirman and Rose regarding Global (Depo Ex 12) |
| Joint 40 | | | | | 2/27/13 Email from Carl Dilley to Anna Kotlova re Global (Depo Ex 13, IT Ex 939) |
| Joint 41 | | | | | 12/5/12 Email from Greg Deck to Alvin Mirman re Sale of Company (Depo Ex 15, IT Ex 888) |
| Joint 42 | | | | | 11/22/13 Email from Taylor Zajonc to Carl Dilley re 211 (Depo Ex 17, IT Ex 863) |
| Joint 43 | | | | | E-Mail from Carl Dilley to Natalie Bannister regarding First Xeris Corp. (Depo Ex 33) |
| Joint 44 | | | | | 1/1/13 Email from Sheldon Rose to Carl Dilley re Global Letter (Depo Ex 34, IT Ex 889) |
| Joint 45 | | | | | First Xeris Corporate Authorization to Island Stock Transfer (IT Ex 880) |
| Joint 46 | | | | | First Xeris Share Certificates (IT Ex 996) |
| Joint 47 | | | | | Global Group Total Batch Information Effective 5/30/18 and Share Certificates (Depo Ex 251, IT Ex 976) |

| | | | | | |
|---|---|---|---|---|---|
| Joint 48 | | | | | Corporate Authorization for Island to Act on Behalf of Global Group Enterprises (IT Ex 972) |
| Joint 49 | | | | | 4/5-6/11 Email Exchange between Micah Eldred and Diane Harrison re Transfer Agent Agreement (Depo Ex 43, IT Ex 490) |
| Joint 50 | | | | | Stock Purchase Agreement between Dinello Restaurant and Andy Z. Fan (Depo Ex 47, IT Ex 437) |
| Joint 51 | | | | | Dinello Restaurant Share Certificate, and Instructions to Transfer Agent (Depo Ex 48, IT Ex 436) |
| Joint 52 | | | | | 7/5/12 Court Document Services Form S-1 Amendment 2 (Depo Ex 56, IT Ex 468) |
| Joint 53 | | | | | 7/23/13 Top to Bottom Pressure Washing Form S-1/A/12 (Depo Ex 58, 248, IT Ex 569) |
| Joint 54 | | | | | 2/08/13 SEC "Deficiency" Letter to Eldred/Spartan re: Examination of Spartan with attachment "Exam Findings Discussed in January 24, 2013 Interview" (Depo Ex 179) |
| Joint 55 | | | | | First Independence – Island Transfer Journal (Depo Ex 250) |
| Joint 56 | | | | | CV of Cangiano (Depo Ex 227) |
| Joint 57 | | | | | 11/22/13 Email from Taylor Zajonc to Carl Dilley re Envoy FINRA First Comment (Depo Ex 265, IT Ex. 895) |

| | | | | | |
|---|---|---|---|---|---|
| Joint 58 | | | | | 11/11/13 Email from Taylor Zajonc to Sheldon Rose re Envoy Group 211 Welcome (Depo Ex 263, IT Ex 856) |
| Joint 59 | | | | | 11/25/13 Email from Dave Lopez to Taylor Zajonc re Envoy Group 15c2-11 FINRA First Comment and Response (Depo Ex 266, IT Ex 860) |
| Joint 60 | | | | | 12/9/13 Email from Dave Lopez to Taylor Zajonc re Envoy Group 211 FINRA 2nd Comment and Response (Depo Ex 268, IT Ex 861) |
| Joint 61 | | | | | 12/18/13 Email from Dave Lopez to Taylor Zajonc re Envoy Group 15c2-11 FINRA 3rd Comment and Response (Depo Ex 269, IT Ex 862) |
| Joint 62 | | | | | 2/13/14 Email from Dave Lopez to Taylor Zajonc re First Xeris 211 FINRA 1st Comment and Response (Depo Ex 271, IT Ex 867) |
| Joint 63 | | | | | Rose Plea Agreement (Depo Ex 19) |
| Joint 64 | | | | | Order Instituting Administrative Proceedings: In the Matter of Sheldon Rose and MKJJ Consulting LLC (Depo Ex 20) |
| Joint 65 | | | | | Changing Technologies Corporate Authorization to Island Stock Transfer (IT Ex 886) |
| Joint 66 | | | | | Changing Technologies Transfer Journal All Institutions for period 1/1/09-10/30/17 (IT Ex 907) |

| | | | | | |
|---|---|---|---|---|---|
| Joint 67 | | | | | Changing Technologies Total Batch Information Effective 5/3/18 (IT Ex 908) |
| Joint 68 | | | | | Changing Technologies Share Certificates and Letters to Island Stock (IT Ex 909) |
| Joint 69 | | | | | Changing Technologies Total Batch Information etc. (IT Ex 979) |
| Joint 70 | | | | | Changing Technologies Transfer Journal, etc. (IT Ex 980) |
| Joint 71 | | | | | Changing Technologies Total Batch Information Effective 5/3/18 Jaxon Group (IT Ex 981) |
| Joint 72 | | | | | Changing Technologies Total Batch Information All Institutions Effective 5/3/18 Bordesley Group (IT Ex 982) |
| Joint 73 | | | | | Changing Technologies Total Batch Information All Institutions Effective 5/7/18 Vista View (IT Ex 983) |
| Joint 74 | | | | | Changing Technologies Total Batch Information All Institutions Effective 5/7/18 Groupers Investment (IT Ex 984) |
| Joint 75 | | | | | Changing Technologies Total Batch Information Effective 5/7/18, GHR Enterprises (IT Ex 985) |
| Joint 76 | | | | | Changing Technologies Cancelled Certificate (IT Ex 989) |
| Joint 77 | | | | | E-Waste Transfer Journal All Institutions for period 1/1/09-10/30/17 (IT Ex 904) |

| | | | | | |
|---|---|---|---|---|---|
| Joint 78 | | | | | E-Waste Total Batch Information All Institutions Effective 5/3/18 (IT Ex 905) |
| Joint 79 | | | | | E-Waste Share Certificate (IT Ex 906) |
| Joint 80 | | | | | E-Waste Total Batch Information Effective 5/4/18 and Share Certificates (IT Ex 975) |
| Joint 81 | | | | | CodeSmart Holdings Total Batch Information All Institutions Effective 6/1/18 and Share Certificates for First Independence (IT Ex 977) |
| Joint 82 | | | | | On The Move Systems Total Batch Information All Institutions Effective 6/1/18 and Share Certificate (IT Ex 1003) |
| Joint 83 | | | | | Purplereal Form S-1/A 7/1/14 (IT Ex 14, Depo Ex 63) |
| Joint 84 | | | | | Top to Bottom Pressure Washing Form 211 (IT Exs 694, 762, Depo Exs 60, 255) |
| Joint 85 | | | | | Certified Shareholder List – Island Stock Transfer -Effective 6/14/2011 (Depo Ex 93) |