

# EXHIBIT LIST

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION



**EXHIBIT**

**5**

**U.S. SECURITIES AND EXCHANGE COMMISSION,**

**Case No.: 8:19-cv-448-VMC-CPT**

        Plaintiff,

    v.

**Trial**

**SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT,
CARL E. DILLEY, MICAH J. ELDRED,
and DAVID D. LOPEZ**

        Defendants.

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Dilley | H, R, UP | Carl Dilley Affidavit (August 11, 2020) |
| | | | Lopez | H, R, UP | David Lopez Affidavit (August 12, 2020) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Kids Germ (Lopez Aff. Ex. 1a) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 On the Move (Lopez Aff. Ex. 1c) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 First Titan (Lopez Aff. Ex. 1e) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Neutra (Lopez Aff. Ex. 1f) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Aristocrat (Lopez Aff. Ex. 1g) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 First Social (Lopez Aff. Ex. 1h) |

---

[1] A = Authenticity/Foundation; R = Relevance; H = Hearsay; UP = Unduly Prejudicial.

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Global Group (Lopez Aff. Ex. 1i) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 E-Waste (Lopez Aff. Ex. 1j) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 First Independence (Lopez Aff. Ex. 1k) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Envoy (Lopez Aff. Ex. 1l) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 Changing Tech. (Lopez Aff. Ex. 1m) |
| | | | Dilley; Lopez | A, incomplete, omits cover letter | Form 211 First Xeris (Lopez Aff. Ex. 1n) |
| | | | Lopez | A, incomplete, omits cover letter | Form 211 Court Documents (Lopez Aff. Ex. 1p) |
| | | | Lopez | A, incomplete, omits cover letter | Form 211 Quality Wallbeds (Lopez Aff. Ex. 1q) |
| | | | Lopez | A, incomplete, omits cover letter | Form 211 Top to Bottom (Lopez Aff. Ex. 1r) |
| | | | Lopez | A, incomplete, omits cover letter | Form 211 PurpleReal.com (Lopez Aff. Ex. 1s) |
| | | | Lopez | A, H, R | Form 211 Filing Agreement Top to Bottom (Lopez Aff. Ex. 2a) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Aristocrat (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Changing Tech. (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Form 211 Filing Agreement Court Document Services (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Form 211 Application Letter Court Documents (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Envoy (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement E-Waste (Redisclosed 7.20.20) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement First Independence (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement First Social (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement First Titan (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement First Xeris (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Global Group (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Neutra Corp. (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Obscene Jeans (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement On the Move (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Form 211 Filing Agreement Rainbow Coral (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Form 211 Filing Agreement Quality Wallbeds (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Form 211 Filing Agreement Top to Bottom (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Principal Officer Affidavit Top to Bottom (Lopez Aff. Ex. 2b) |
| | | | Eldred; Lopez | A, H, R | Principal Officer Affidavit Court Documents (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit First Independence (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit First Social (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit First Xeris (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Global Group (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit On the Move (Redisclosed 7.20.20) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Rainbow Coral (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Principal Officer Affidavit Quality Wallbeds (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Director and Officer Questionnaire Top to Bottom (Lopez Aff. Ex. 2c) |
| | | | Eldred; Lopez | A, H, R | Director and Officer Questionnaire Court Document (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Global Group (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire First Independence (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire First Social (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire First Xeris (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Obscene Jeans (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire On the Move (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H, R | Director and Officer Questionnaire Quality Wallbeds (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Rainbow Coral (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H | Shareholder Data Spreadsheet Top to Bottom (Lopez Aff. Ex. 2d) |
| | | | Eldred; Lopez | A, H | Shareholder Data Court Documents (Redisclosed 7.20.20) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Dilley; Lopez | A, H | Shareholder Data First Independence (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H | Shareholder Data First Social (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H | Shareholder Data First Xeris (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H | Shareholder Data Global Group (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H | Shareholder Data On the Move (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H | Shareholder Data PurpleReal.com (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H | Shareholder Data Quality Wallbeds (Redisclosed 7.20.20) |
| | | | Dilley; Lopez | A, H | Shareholder Data Rainbow Coral (Redisclosed 7.20.20) |
| | | | Eldred; Lopez | A, H | 211 Due Diligence Questionnaire Dinello (Lopez Aff. Ex. 3a) (OGC 494) |
| | | | Eldred; Lopez | A, H | 211 Due Diligence Questionnaire Court Documents (Lopez Aff. Ex. 3b) |
| | | | Eldred; Lopez | A, H | 211 Due Diligence Questionnaire Top to Bottom (Lopez Aff. Ex. 3c) (OGC 691) |
| | | | Eldred; Lopez | A, H | 211 Due Diligence Questionnaire Quality Wallbeds (Lopez Aff. Ex. 3d) |
| | | | Eldred; Lopez | A, H, R | Blank 15c2-11 Application Checklist (Lopez Aff. Ex. 4) |
| | | | Dilley; Lopez | A, H | 15c2-11 Application Checklist First Independence (Lopez Aff. Ex. 5a) |
| | | | Dilley; Lopez | A, H | 15c2-11 Application Checklist Envoy (Lopez Aff. Ex. 5b) |
| | | | Dilley; Lopez | A, H | 15c2-11 Application Checklist Changing Tech. (Lopez Aff. Ex. 5c) |
| | | | Dilley; Lopez | A, H | 15c2-11 Application Checklist First Xeris (Lopez Aff. Ex. 5d) |
| | | | Eldred; Lopez | A, H | 15c2-11 Application Checklist Top to Bottom (Lopez Aff. Ex. 5e) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Stanley; Dilley; Lopez | Incomplete | FINRA Comments and Responses Kids Germ (Lopez Aff. Ex. 6a) |
| | | | Stanley; Dilley; Lopez | Incomplete | FINRA Comments and Responses Obscene Jeans (Lopez Aff. Ex. 6b) |
| | | | Stanley; Dilley; Lopez | Last page/bates #1681 not relevant to issuer On The Move | FINRA Comments and Responses On the Move (Lopez Aff. Ex. 6c) |
| | | | Stanley; Dilley; Lopez | | FINRA Comments and Responses Rainbow Coral (Lopez Aff. Ex. 6d) |
| | | | Adams; Dilley; Lopez | | FINRA Comments and Responses First Titan (Lopez Aff. Ex. 6e) |
| | | | Martins; Dilley; Lopez | | FINRA Comments and Responses Neutra (Lopez Aff. Ex. 6f) |
| | | | Martins; Dilley; Lopez | | FINRA Comments and Responses Aristocrat (Lopez Aff. Ex. 6g) |
| | | | Martins; Dilley; Lopez | | FINRA Comments and Responses First Social (Lopez Aff. Ex. 6h) |
| | | | Martins; Dilley; Lopez | | FINRA Comments and Responses Global Group (Lopez Aff. Ex. 6i) |
| | | | Adams; Dilley; Lopez | | FINRA Comments and Responses E-Waste (Lopez Aff. Ex. 6j) |
| | | | Dilley; Lopez | | FINRA Comments and Responses First Independence (Lopez Aff. Ex. 6k) |
| | | | Martins; Dilley; Lopez | | FINRA Comments and Responses Envoy (Lopez Aff. Ex. 6l) |
| | | | Adams; Dilley; Lopez | Incomplete | FINRA Comments and Responses Changing Tech. (Lopez Aff. Ex. 6m) |
| | | | Martins; Eldred; Lopez | Ex 6n relates to First Xeris; also incomplete | FINRA Comments and Responses Dinello (Lopez Aff. Ex. 6n) |

| | | | Stanley; Dilley; Lopez | Ex 6o relates to Dinello; also illegible, especially chart | FINRA Comments and Responses Kids Germ (Lopez Aff. Ex. 6o) |
|---|---|---|---|---|---|

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Lopez | Incomplete; also redaction should be removed to show sequential numbering | FINRA Comments and Responses Court Document Services (Lopez Aff. Ex. 6p) |
| | | | Eldred; Lopez | Incomplete; also redaction should be removed to show sequential numbering | FINRA Comments and Responses Quality Wallbeds (Lopez Aff. Ex. 6q) |
| | | | Eldred; Lopez | Incomplete | FINRA Comments and Responses Top to Bottom (Lopez Aff. Ex. 6r) |
| | | | Adams; Eldred, Lopez | Incomplete | FINRA Comments and Responses PurpleReal.com (Lopez Aff. Ex. 6s) |
| | | | Stanley; Dilley; Lopez | | FINRA Clearance Kids Germ (Lopez Aff. Ex. 7a) |
| | | | Stanley; Dilley; Lopez | | FINRA Clearance Obscene Jeans (Lopez Aff. Ex. 7b) |
| | | | Stanley; Dilley; Lopez | | FINRA Clearance On the Move (Lopez Aff. Ex. 7c) |
| | | | Stanley; Dilley; Lopez | | FINRA Clearance Rainbow Coral (Lopez Aff. Ex. 7d) |
| | | | Adams; Dilley; Lopez | | FINRA Clearance First Titan (Lopez Aff. Ex. 7e) |
| | | | Martins; Dilley; Lopez | | FINRA Clearance Neutra (Lopez Aff. Ex. 7f) |
| | | | Martins; Dilley; Lopez | | FINRA Clearance Aristocrat (Lopez Aff. Ex. 7g) |
| | | | Martins; Dilley; Lopez | | FINRA Clearance First Social (Lopez Aff. Ex. 7h) |
| | | | Martins; Dilley; Lopez | | FINRA Clearance Global Group (Lopez Aff. Ex. 7i) |
| | | | Adams; Dilley; Lopez | | FINRA Clearance E-Waste (Lopez Aff. Ex. 7j) |
| | | | Dilley; Lopez | | FINRA Clearance First Independence (Lopez Aff. Ex. 7k) |
| | | | Martins; Dilley; Lopez | | FINRA Clearance Envoy (Lopez Aff. Ex. 7l) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Adams; Dilley; Lopez | | FINRA Clearance Changing Tech. (Lopez Aff. Ex. 7m) |
| | | | Adams; Dilley; Lopez | | FINRA Clearance First Xeris (Lopez Aff. Ex. 7n) |
| | | | Martins; Eldred; Lopez | | FINRA Clearance Dinello (Lopez Aff. Ex. 7o) |
| | | | Eldred; Lopez | | FINRA Clearance Court Documents (Lopez Aff. Ex. 7p) |
| | | | Eldred; Lopez | | FINRA Clearance Quality Wallbeds (Lopez Aff. Ex. 7q) |
| | | | Eldred; Lopez | | FINRA Clearance Top to Bottom (Lopez Aff. Ex. 7r) |
| | | | Dilley; Lopez | A, H | Issuer Statements First Independence (Lopez Aff. Ex. 8) |
| | | | Eldred; Lopez | A, H, R | Issuer Statements Top to Bottom (Lopez Aff. Ex. 9) |
| | | | Dilley; Lopez | A, H | Issuer Statements Envoy (Lopez Aff. Ex. 10) |
| | | | Dilley; Lopez | A, H, R | Issuer Statements First Xeris (Lopez Aff. Ex. 16) |
| | | | Eldred; Dilley; Lopez | A, H, illegible | Transfer Documents First Independence (Lopez Aff. Ex. 18) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Documents Aristocrat (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Aristocrat (March 2012 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Aristocrat (March 2012 Pt. 2) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Aristocrat (June 2012) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Aristocrat (June 2014) (Re-disclosed March 13, 2020) |

EXHIBIT LIST – Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Dilley; Lopez | A, H, R | Subscription Agreements and Checks Aristocrat Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Resolution Changing Tech. (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (May 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (June 20, 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (June 26, 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (June 27, 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (July 2, 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (July 3, 2014) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (July 14, 2014 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Changing Tech. (July 14, 2014 Pt. 2) (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Corp. Auth. Changing Tech. (OGC 886) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Changing Tech. (OGC 907) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Changing Tech. (OGC 908) |
| Joint | | | Eldred; Dilley; Lopez | | Certificates Changing Tech. (OGC 909) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Docs. Changing Tech. (OGC 978) |

EXHIBIT LIST – Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 979) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 980) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 981) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 982) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 983) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 984) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 985) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Docs. Changing Tech. (OGC 989) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Court Documents (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Corporate Authorization Court Documents (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Dinello (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (July 20, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (September 16, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (Oct. 12, 2011 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (Oct. 12, 2011 Pt. 2) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (Oct. 18, 2011) (Re-disclosed March 13, 2020) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (Oct. 19, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Dinello (Nov. 10, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Agent Attestation Dinello (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal E-Waste (OGC 904) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal E-Waste (OGC 905) |
| Joint | | | Eldred; Dilley; Lopez | | Stock Certificates E-Waste (OGC 906) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents E-Waste (OGC 975) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance First Independence (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Independence (May 3, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Independence (May 7, 2013 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Independence (May 7, 2013 Pt. 2) (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents First Independence (OGC 977) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance First Social (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Social (February 28, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Social (April 19, 2013 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Social (April 19, 2013 Pt. 2) (Re-disclosed March 13, 2020) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Social (April 19, 2013 Pt. 3) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents First Social (April 25, 2013) (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Authorization First Xeris (OGC 880) |
| Joint | | | Eldred; Dilley; Lopez | | Stock Certificates First Xeris (OGC 996) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents Global Group (OGC 976) |
| Joint | | | Eldred; Dilley; Lopez | | Corp. Authorization Global Group (OGC 972) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Kids Germ (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 3, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 18, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 23, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 25, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 26, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (March 29, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (April 8, 2010) (Re-disclosed March 13, 2020) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Kids Germ (April 9, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Agent Attestation Kids Germ (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Neutra Corp. (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Neutra (Sept. 1, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Neutra (Oct. 14, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Neutra (Oct. 17, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Neutra (Oct. 28, 2011) (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Neutra (OGC 901) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Neutra (OGC 902) |
| Joint | | | Eldred; Dilley; Lopez | | Stock Certificates Neutra (OGC 903) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents Neutra (OGC 973) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents Neutra (OGC 974) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents Neutra (OGC 1004) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Obscene Jeans (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Obscene Jeans (Oct. 29, 2010) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Obscene Jeans (Dec. 20, 2010 Pt. 1) (Re-disclosed March 13, 2020) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Obscene Jeans (Dec. 20, 2010 Pt. 2) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Agent Attestation Obscene Jeans (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance On the Move (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents On the Move (Apr. 25, 2011) (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Documents On the Move (OGC 1003) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Agent Attestation On the Move (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Quality Wallbeds (January 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Quality Wallbeds (October 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Rainbow Coral (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Rainbow Coral (Oct. 17, 2011 Pt. 1) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Rainbow Coral (Oct. 17, 2011 Pt. 2) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Rainbow Coral (Oct. 28, 2011) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Agent Attestation Rainbow Coral (Re-disclosed March 13, 2020) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Rainbow Coral (OGC 892) |
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Rainbow Coral (OGC 893) |

| | | | | |
|---|---|---|---|---|
| Joint | | | Eldred; Dilley; Lopez | | Transfer Journal Rainbow Coral (OGC 894) |
| | | | Eldred; Dilley; Lopez | A, H, R | Initial Issuance Top to Bottom (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Top to Bottom (Aug. 27, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Top to Bottom (Sep. 5, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Top to Bottom (Sep. 18, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Transfer Documents Top to Bottom (Sep. 23, 2013) (Re-disclosed March 13, 2020) |
| | | | Eldred; Dilley; Lopez | A, H, R | Form 211 Certification PurpleReal.com (Re-disclosed March 13, 2020) |
| Joint | | | Dilley; Lopez | | Form S-1/A Amendment No. 4 Envoy Group Deposition Exhibit 10 (OGC 162) |
| Joint | | | | | September 2011 E-mails re Rainbow Coral Account Deposition Exhibit 11 (OGC 881) |
| Joint | | | | | May 2012 E-mails re Global Group Deposition Exhibit 12 |
| Joint | | | | | February 2013 E-mails re Global Group Deposition Exhibit 13 (OGC 939) |
| Joint | | | Dilley; Lopez | | E-Waste Partial 211 Application and Correspondence Deposition Exhibit 14 (OGC 240) |
| Joint | | | | | December 2012 E-mails re E-Waste Deposition Exhibit 15 (OGC 888) |
| Joint | | | | | February 2013 E-mails re Global Group Deposition Exhibit 17 (OGC 863) |
| Joint | | | Rose | | Sheldon Rose Plea Agreement Deposition Exhibit 19 |
| Joint | | | Rose | | Rose Cease and Desist Order Deposition Exhibit 20 |

| | | | | | |
|---|---|---|---|---|---|
| Joint | | | Dilley; Lopez | | Kids Germ Partial 211 Application and Correspondence Deposition Exhibit 21 (OGC 190) |
| Joint | | | Dilley; Lopez | | Obscene Jeans Partial 211 Application and Correspondence Deposition Exhibit 23 (OGC 208) |
| Joint | | | Dilley; Lopez | | On the Move Partial 211 Application and Correspondence Deposition Exhibit 25 (OGC 131) |
| Joint | | | Dilley; Lopez | | Aristocrat Partial 211 Application and Correspondence) Deposition Exhibit 26 (OGC 797) |
| Joint | | | Dilley; Lopez | | First Social Partial 211 Application and Correspondence Deposition Exhibit 27 (OGC 367) |
| Joint | | | Dilley; Lopez | | First Xeris Partial 211 Application and Correspondence Deposition Exhibit 31 (OGC 820) |
| Joint | | | Dilley | | October 2014 E-mails re OTC Markets Deposition Exhibit 33 |
| Joint | | | Dilley | | January 2013 E-mails re Global Group Deposition Exhibit 34 (OGC 889) |
| Joint | | | Dilley; Lopez | | Obscene Jeans Escrow Deposition Exhibit 36 |
| | | | Dilley; Lopez | A, H, R | Form S-1/A Amendment 6 Dinello Deposition Exhibit 42 |
| Joint | | | Dilley; Lopez | | Form 211 Agreement/Representations Dinello Deposition Exhibit 43 |
| Joint duplicate | | | Dilley; Lopez | | January 2013 E-mails re Global Group Deposition Exhibit 44 (OGC 889) |
| Joint | | | Dilley; Lopez | | Stock Purchase Agreement Dinello Deposition Exhibit 47 (OGC 437) |
| Joint | | | Dilley; Lopez | | Stock Certificates Dinello Deposition Exhibit 48 (OGC 436) |
| | | | Dilley; Lopez | A, H, R | Restriction Removal Letter AF Ocean Deposition Exhibit 49 (OGC 512) |

|  |  |  | Dilley; Lopez | A, H, R | Restriction Removal Letter AF Ocean Deposition Exhibit 50 (OGC 513) |
|---|---|---|---|---|---|
|  |  |  | Eldred; Lopez | A, H, R | Form S-1/A Amendment 2 Quality Wallbeds Deposition Exhibit 51 |
|  |  |  | Eldred; Lopez | A, H, R | Form 211 Request Letter Quality Wallbeds Deposition Exhibit 52 (OGC 547) |
|  |  |  | Eldred; Lopez | A, H, R | Restriction Removal Letter Quality Wallbeds Deposition Exhibit 53 (OGC 552) |
|  |  |  | Eldred; Lopez | A, H, R | Rule 144 Opinion Letter Quality Wallbeds Deposition Exhibit 54 (OGC 741) |
|  |  |  | Eldred; Lopez | A, H, R | Rule 144 Opinion Letter Quality Wallbeds Deposition Exhibit 55 (OGC 558) |
| Joint |  |  | Eldred; Lopez |  | Form S-1 Amendment 2 Court Document Services Deposition Exhibit 56 (OGC 468) |
|  |  |  | Eldred; Lopez | A, H, R | Restriction Removal Letter Court Document Services Deposition Exhibit 57 (OGC 539) |
| Joint |  |  | Eldred; Lopez |  | Form S-1 Amendment 12 Top to Bottom Deposition Exhibit 58 (OGC 569) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Eldred; Lopez | A, H, R | Rule 144 Opinion Letter Top to Bottom Deposition Exhibit 59 |
| Joint | | | Eldred; Lopez | | Top to Bottom Partial 211 Application and Correspondence Deposition Exhibit 60 |
| | | | Harrison | A, H, R | December 2013 E-mails re Top to Bottom Deposition Exhibit 61 (OGC 581) |
| | | | Harrison | A, H, R | Restriction Removal Opinion Letter Top to Bottom Deposition Exhibit 62 |
| Joint | | | Harrison; | | Form S-1/A Amendment 5 PurpleReal.com Deposition Exhibit 63 |
| | | | Eldred; Lopez; Harrison | A, H, R | Form 211 Request Letter PurpleReal.com Deposition Exhibit 64 |
| | | | Eldred; Lopez; Harrison | A, H, R | Form 211 Agreement PurpleReal.com Deposition Exhibit 66 |
| | | | Eldred; Lopez; Harrison | A, H, R | Principal Officer Affidavit PurpleReal.com (Harrison) Deposition Exhibit 67 |
| | | | Eldred; Lopez | A, H, R | 15c2-11 Application Checklist PurpleReal.com Deposition Exhibit 68 |
| | | | Eldred; Lopez; Harrison | A, H, R | Opinion Letter First Social Deposition Exhibit 69 (OGC 653) |
| | | | Eldred; Lopez; Harrison | A, H, R | Amended Opinion Letter First Social Deposition Exhibit 70 (OGC 652) |
| | | | Eldred; Lopez; Harrison | A, H, R | Request for Opinion Letter Deposition Exhibit 71 (OGC 662) |
| | | | Eldred; Lopez; Harrison | A, H, R | Opinion Letter Universal Tech. Deposition Exhibit 72 (OGC 663) |
| | | | Eldred; Lopez; Harrison | A, H, R | Opinion Letter Envoy Deposition Exhibit 73 (OGC 665) |
| Joint | | | Dilley; Lopez | | Certified Shareholder List Neutra Deposition Exhibit 93 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Neutra Deposition Exhibit 96 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Neutra (Keck) Deposition Exhibit 97 |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint | | | Dilley; Lopez | | Form S-1 Amendment 3 Aristocrat Deposition Exhibit 99 (OGC 257) |
| Joint | | | Dilley; Lopez | | Certified Shareholder List Aristocrat Deposition Exhibit 100 |
| Joint | | | Dilley; Lopez | | Shareholder Relationships Aristocrat Deposition Exhibit 101 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Aristocrat Deposition Exhibit 102 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Aristocrat Deposition Exhibit 103 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Aristocrat (Maute) Deposition Exhibit 104 |
| Joint | | | Dilley; Lopez | | Certified Shareholder List Envoy Deposition Exhibit 107 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Envoy Deposition Exhibit 108 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Envoy Deposition Exhibit 109 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Envoy (Nicholas) Deposition Exhibit 110 |
| Joint | | | Dilley; Lopez | | Form S-1/A Amendment 2 First Titan Deposition Exhibit 127 (OGC 106) |
| Joint | | | Dilley; Lopez | | Certified Shareholder List First Titan Deposition Exhibit 128 |
| | | | Dilley; Lopez | A, H, R | Shareholder Relationships First Titan Deposition Exhibit 129 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements First Titan Deposition Exhibit 130 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit First Titan (Tatar) Deposition Exhibit 131 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire First Titan Deposition Exhibit 132 |
| Joint | | | Dilley; Lopez | | Form S-1/A Amendment 2 E-Waste Deposition Exhibit 134 (OGC 234) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint | | | Dilley; Lopez | | Certified Shareholder List E-Waste Deposition Exhibit 135 |
| Joint | | | Dilley; Lopez | | Shareholder Relationships E-Waste Deposition Exhibit 136 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements E-Waste Deposition Exhibit 137 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit E-Waste (Maute) Deposition Exhibit 138 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire E-Waste Deposition Exhibit 139 |
| Joint | | | Dilley; Lopez | | Form S-1 Amendment 2 Changing Tech. Deposition Exhibit 141 (OGC 277) |
| Joint | | | Dilley; Lopez | | Certified Shareholder List Changing Tech. Deposition Exhibit 142 |
| Joint | | | Dilley; Lopez | | Shareholder Relationships Changing Tech. Deposition Exhibit 143 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Changing Tech. Deposition Exhibit 144 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Changing Tech. (Egna) Deposition Exhibit 145 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Changing Tech. Deposition Exhibit 146 |
| Joint | | | Dilley; Lopez | | S-1/A Amendment 5 Kids Germ Deposition Exhibit 149 |
| Joint | | | Dilley; Lopez | | Shareholder List Kids Germ Deposition Exhibit 150 |
| Joint | | | Dilley; Lopez | | Shareholder Relationships Kids Germ Deposition Exhibit 151 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Kids Germ Deposition Exhibit 152 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Kids Germ Deposition Exhibit 153 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Kids Germ (Nicholas) Deposition Exhibit 154 |
| Joint | | | Dilley; Lopez | | S-1/A Amendment 4 Obscene Jeans Deposition Exhibit 156 (OGC 156) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint | | | Dilley; Lopez | | Certified Shareholder List Obscene Jeans Deposition Exhibit 157 |
| Joint | | | Dilley; Lopez | | Shareholder Relationships Obscene Jeans Deposition Exhibit 158 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Obscene Jeans Deposition Exhibit 159 |
| | | | Dilley; Lopez | A, H, R | Director and Officer Questionnaire Obscene Jeans Deposition Exhibit 160 |
| | | | Dilley; Lopez | A, H, R | Principal Officer Affidavit Obscene Jeans (Stark-Cappelli) Deposition Exhibit 161 |
| Joint | | | Dilley; Lopez | | S-1/A Amendment 1 On the Move Deposition Exhibit 163 (OGC 128) |
| | | | Franceschini; Dyer; Lopez | A, Statutes/Rules/ Release as judicial notice | Guidance for Rule 15c2-11 Deposition Exhibit 177 |
| | | | Franceschini; Dyer; Lopez | A, H, R | September 2012 SEC Exam Letter Deposition Exhibit 178 |
| Joint | | | Franceschini; Dyer; Lopez | | February 2013 SEC Exam Letter Deposition Exhibit 179 |
| | | | Franceschini; Dyer; Lopez | A, H, R | October 2012 SEC Examination Request Deposition Exhibit 180 |
| | | | Franceschini; Dyer; Lopez | A, H, R | Spartan Issuer Spreadsheet Deposition Exhibit 181 |
| | | | Franceschini; Dyer; Lopez | A, H, R | October 2013 SEC Exam Letter Deposition Exhibit 183 |
| | | | Franceschini; Dyer; Lopez | A, H, R | February 2013 SEC Closing Letter Deposition Exhibit 186 |
| | | | Cangiano | | Expert Report of James M. Cangiano Deposition Exhibit 225 |
| | | | Cangiano | | Cangiano Report Exhibit A Deposition Exhibit 226 |
| Joint | | | Cangiano | | Cangiano Report Exhibit B Deposition Exhibit 227 |
| | | | Cangiano; Lopez | A, H, R | Blank Form 211 Application Deposition Exhibit 228 |

| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Definitions of Terms Deposition Exhibit 230 |
|---|---|---|---|---|---|

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Shell Company Rule Deposition Exhibit 231 |
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Offerings By Blank Check Companies Deposition Exhibit 232 |
| | | | Cangiano; Harmon | A, H, R, UP | Bulletin re Reverse Mergers Deposition Exhibit 234 |
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Rule 15c2-11 (current) Deposition Exhibit 235 |
| | | | Cangiano; Harmon | A, R Statutes/Rules/ Release as judicial notice | Rule 15c2-11 (1984) Deposition Exhibit 236 |
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Rule 15c2-11 (1991) Deposition Exhibit 236 |
| | | | Cangiano; Harmon | A, R Statutes/Rules/ Release as judicial notice | Rule 15c2-11 (Proposed 2019) Deposition Exhibit 237 |
| | | | Cangiano; Harmon; Lopez | A, H, R | DTC Agent Attestation Form Deposition Exhibit 239 |
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Section 5 Deposition Exhibit 240 |
| | | | Cangiano; Harmon | A, H, R, UP | UCC Article 8 Deposition Exhibit 242 |
| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Transfer Agent Rules Deposition Exhibit 243 |

| | | | Cangiano; Harmon | A, Statutes/Rules/ Release as judicial notice | Proposed Transfer Agent Rule Deposition Exhibit 244 |
|---|---|---|---|---|---|
| | | | Dilley; Lopez | A, H, R | Subscription Agreements Envoy Deposition Exhibit 246 |
| | | | Dilley; Lopez | A, H, R | Subscription Agreements First Independence Deposition Exhibit 249 |
| Joint | | | Eldred, Dilley, Lopez | | Transfer Journal First Independence Deposition Exhibit 250 |
| Joint duplicate | | | Eldred, Dilley, Lopez | | Transfer Documents Global Group Deposition Exhibit 251 |
| | | | Mirman | H | Alvin Mirman Deposition Transcript (December 12, 2019) |
| | | | Rose | H | Sheldon Rose Deposition Transcript (December 13, 2019) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| | | | Harrison | H | Diane Harrison Deposition Transcript (January 10, 2020) |
| | | | Daniels | H | Michael Daniels Affidavit and Exhibits (March 16, 2020) |
| | | | Martins | H | Mario Martins Deposition Transcript (June 9, 2020) |
| | | | Adams | H | Deji Adams Deposition Transcript (June 11, 2020) |
| | | | Stanley | H | Alec Stanley Deposition Transcript (June 12, 2020) |
| | | | Franceschini | H | George Franceschini Deposition Transcript (June 26, 2020) |
| | | | Dyer | H | Brian Dyer Deposition Transcript (June 26, 2020) |
| | | | Eldred | H | Micah Eldred Deposition Transcript (July 17, 2020) |
| | | | Cangiano | H | James Cangiano Deposition Transcript (July 23, 2020) |
| | | | Lopez | H | David Lopez Deposition Transcript (July 27, 2020) |
| | | | Dilley | H | Carl Dilley Deposition Transcript (July 20, 2020) |

**EXHIBIT LIST – Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| Joint | | | Dilley; Lopez | | Zanjonc/Dilley/Lopez Email Chain, Nov. 2013 re: Envoy Group (ECF No. 106-34; Pl. Exh. 73) |
| Joint | | | Lopez | | Zajonc/Lopez Email Chain, Mar. 2013 re: First Independence (ECF No. 108-17; Pl. Exh. 116) |
| Joint | | | Lopez | | Zajonc/Lopez Email Chain, Nov. 2013 re: Envoy Group (ECF No. 108-19; Pl. Exh. 118) |
| Joint | | | Lopez | | Zajonc/Lopez Email Chain, Dec. 2013 re: Envoy Group (ECF No. 108-20; Pl. Exh. 119) |
| Joint | | | Lopez | | Zajonc/Lopez Email Chain, Dec. 2013 re: Envoy Group (ECF No. 108-21; Pl. Exh. 120) |
| Joint | | | Lopez | | Zajonc/Lopez Email Chain, Feb. 2014 re: First Xeris (ECF No. 108-22; Pl. Exh. 120) |
| | | | | A, H, R | First Titan Transfer Journal |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |