IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-448-VMC-CPT

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY, MICAH J. ELDRED and
DAVID D. LOPEZ,

      Defendants.
_____/

      _____ Evidentiary
      _____ Trial
      _____ Other

**PLAINTIFF'S WITNESS LIST**

In accordance with the applicable case management and scheduling order. Plaintiff, Securities and Exchange Commission, hereby files the following list of witnesses for trial.

Case No. 8:19-cv-448-VMC-CPT

| | **WITNESS LIST** | |
|---|---|---|
| | __X__  Plaintiff        ____ Defendant | |
| | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
| 1. | Carl E. Dilley (will call) | Defendant. Personal knowledge regarding the actions alleged in the Complaint including Spartan and Island's brokerage and transfer agent services including the preparation and filing of Form 211 applications with the Financial Industry Regulatory Authority (FINRA), preparation of shareholder lists, the initial issuance of shares to shareholders, applications submitted to the Depository Trust Company (DTC) and the transfer of the securities in furtherance of change-of-control transactions. | |
| 2. | Micah J. Eldred (will call) | Defendant. Personal knowledge regarding the actions alleged in the Complaint including Spartan and Island's brokerage and transfer agent services including the preparation and filing of Form 211 applications with FINRA, preparation of shareholder lists, the initial issuance of shares to shareholders, applications submitted to the DTC and the transfer of the securities in furtherance of change-of-control transactions. | |
| 3. | David D. Lopez (will call) | Defendant. Personal knowledge regarding the actions alleged in the Complaint including Spartan and Island's brokerage and transfer agent services including the preparation and filing of Form 211 applications with FINRA, preparation of shareholder lists, the initial issuance of shares to shareholders, applications submitted to the DTC and the transfer of the securities in furtherance of change-of-control transactions. | |

Case No. 8:19-cv-448-VMC-CPT

| | | | |
|---|---|---|---|
| 4. | Alvin Mirman (will call) | Fact witness regarding the Mirman/Rose Companies at issue in the Complaint, and Defendants role in the fraudulent scheme. | |
| 5. | Sheldon Rose (will call) | Fact witness regarding the Mirman/Rose Companies at issue in the Complaint, and Defendants role in the fraudulent scheme. | |
| 6. | Matthew L. Egna (will call) | Fact witness regarding Changing Technologies Inc. for which he was named as an officer and director, including the involvement of Mirman and Defendants. | |
| 7. | Taylor Zajonc (will call) | Fact witness regarding brokerage and transfer agent services Defendants provided in connection with the Daniels/Harrison and Mirman/Rose Companies. | |
| 8. | Tina Donnelly (will call) | Fact witness regarding the creation, control, and operation of Daniels/Harrison Companies. | |
| 9. | Bryan Dyer (will call) | Fact witness regarding SEC's examination of Spartan and Island. | |
| 10. | Nigel Lindsay (will call) | Fact witness regarding issuer First Independence Corp. for which he was named as an officer and director, the involvement of Mirman, Rose and Defendants. | |
| 11. | Anna Kotlova (may call) | Fact witness regarding transfer agent services provided by Island, including but not limited to the preparation of certified shareholder lists, the initial issuance of shares to shareholders, applications submitted to the DTC, and the transfer of securities in furtherance of change-of-control transactions. | |
| 12. | Deji Adams – (FINRA) (will call) | Fact witness regarding the Form 211 applications submitted by Spartan at issue, including FINRA's deficiency letters and Spartan's submitted responses thereto in the course of the Form 211 application process and FINRA's policies related thereto. | |
| 13. | Mario Martins (FINRA) (Will call) | Fact witness regarding the Form 211 applications submitted by Spartan at issue, including FINRA's deficiency letters and Spartan's submitted responses thereto in the course of the Form 211 application process and FINRA's policies related thereto. | |

Case No. 8:19-cv-448-VMC-CPT

| 14. | Alec Stanley (FINRA) (may call) | Fact witness regarding the Form 211 applications submitted by Spartan at issue, including FINRA's deficiency letters and Spartan's submitted responses thereto in the course of the Form 211 application process and FINRA's policies related thereto. | |
|---|---|---|---|
| 15. | John Paquette (will call) | Fact witness regarding Dinello Restaurant Ventures, Inc. for which he was named as an officer and director, and other Daniels/Harrison Companies for which he was named as shareholder, including the actions of Daniels, Harrison, and Defendants. | |
| 16. | Deborah Igoe (may call) | Fact witness regarding Court Document Services, Inc. for which she was named as an officer, and other Daniels/Harrison Companies for which she was named as a shareholder, including the involvement and actions of Daniels, Harrison, Fan, and Defendants. | |
| 17. | James Cangiano (will call) | Expert Witness regarding the standards, customs and practices in the microcap securities industry, including for broker-dealers and transfer agents, FINRA and SEC rules and compliance practices. | |
| 18. | Any person noticed by Defendants (may call) | | |

Dated: July 10, 2021

Respectfully submitted,

By:  s/ Christine Nestor
Christine Nestor
Senior Trial Counsel
Fla. Bar No. 597211
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Telephone: (305) 982-6385
Facsimile: (305) 536-4154
E-mail: johnsonali@sec.gov

4

<u>Case No. 8:19-cv-448-VMC-CPT</u>

        Alice Sum
        Trial Counsel
        Fla. Bar No. 354510
        Telephone: (305) 416-6293
        E-mail: suma1@sec.gov

        ATTORNEYS FOR PLAINTIFF
        **U.S. SECURITIES AND EXCHANGE COMMISSION**
        801 Brickell Avenue, Suite 1950
        Miami, Florida 33131
        Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as indicated below on this 10th day of July 2021 upon the following:

Caleb Kruckenberg, Esq.
Kara Rollins, Esq.
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC. 20036
Email: caleb.kruckenberg@ncla.legal
*Counsel for Spartan Securities Group, LTD., Island Capital Management LLC., Carl E. Dilley, Micah J. Eldred and David D. Lopez*
Via CM/ECF

        <u>*s/Christine Nestor*</u>
        Christine Nestor