**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:19-cv-448-VMC-CPT | DATE:   July 29, 2021 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| **U.S. SECURITIES AND EXCHANGE COMMISSION**<br><br>        Plaintiff,<br><br>v.<br><br>**SPARTAN SECURITIES GROUP, LTD., et al.**<br><br>        Defendants | **PLAINTIFF COUNSEL**<br>Alice K. Sum, Alise M. Johnson, and Christine Nestor<br><br>**DEFENDANT COUNSEL**<br>Caleb Kruckenberg, Kara McKenna Rollins and John Vecchione |
| **COURT REPORTER:**  Shayna Montgomery/Tana Hess | **DEPUTY CLERK:** Tamecika Lee |
| **TIME:**  9:06 AM – 10:00 AM; 10:31 AM – 12:50 PM; 1:37 PM – 3:39 PM; 3:55 PM – 5:33 PM<br>**TOTAL:**  6 hours 53 minutes | **COURTROOM:**  14B |

**PROCEEDINGS:**    JURY TRIAL (Day 12)

9:06 AM        Court called to order.

9:09 AM        Jury enter the courtroom.

               Cross examination of Mr. Cangiano resumes.

9:24 AM        Redirect examination of Mr. Cangiano.

9:37 AM        Mr. Cangiano excused.

               Jury excused for short break.

10:00 AM       Short break for the Court.

10:31 AM       Court resumes.

10:32 AM       Jury enter the courtroom.

|  |  |
|---|---|
|  | Deposition designation are read into the record. |
| 11:45 AM | Short break for the Jury. |
| 11:54 AM | Jury enter the courtroom. |
|  | Deposition designation resumes. |
| 12:40 PM | Plaintiff rests. |
|  | Defendants' rests. |
| 12:42 PM | Jury excused for lunch. |
|  | The Court reserved ruling on the defendants' oral motion for judgment as a matter of law under Rule 50. |
|  | The Court reserved ruling on the plaintiff's oral motion under Rule 50. |
| 12:50 PM | Lunch break. |
| 1:37 PM | Court resumes. |
|  | Jury enter the courtroom. |
| 1:38 PM | Plaintiff's closing arguments. |
| 2:30 PM | Defendants' closing arguments. |
| 3:31 PM | Plaintiff's rebuttal. |
| 3:39 PM | Short break. |
| 3:55 PM | Court resumes. |
|  | Jury enter the courtroom. |
|  | Jury instructions. |
| 5:30 PM | Jury excused for the day. |
| 5:33 PM | Court adjourned. Jury deliberation will start at 9:00 A.M. on 7/30/2021. |