**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:19-cv-448-VMC-CPT | DATE:   July 30, 2021 |
|---|---|
| **HONORABLE   VIRGINIA   M.   HERNANDEZ COVINGTON** | |
| **U.S. SECURITIES AND EXCHANGE COMMISSION**<br><br>        Plaintiff,<br><br>v.<br><br>**SPARTAN SECURITIES GROUP, LTD., et al.**<br><br>        Defendants | **PLAINTIFF COUNSEL**<br>Alice K. Sum, Alise M. Johnson, and Christine Nestor<br><br>**DEFENDANT COUNSEL**<br>Caleb Kruckenberg, Kara McKenna Rollins and John Vecchione |
| **COURT REPORTER:**  Shayna Montgomery | **DEPUTY CLERK:** Tamecika Lee |
| **TIME:**  1:51 PM – 2:04 PM; 2:15 PM – 2:19 PM<br>**TOTAL:**  17 minutes | **COURTROOM:** 14B |

**PROCEEDINGS:**    JURY TRIAL (Day 13)

9:35 AM    Jurors begin deliberating.

1:51 PM    Court resumes.

1:54 PM    Jury enters the courtroom. Jury reached a verdict in favor of the defendants as to Counts 1-5, 7-14, and in favor of the Plaintiff as to Count 6. The courtroom clerk publishes the verdict.

   The jurors are polled.

2:04 PM    Jurors excused.

2:15 PM    The Court addresses the parties.

   The Court **DENIED** the Defendants' oral motion for Judgment as a Matter of Law (Doc. 244) at to Count 6 and **DENIED AS MOOT** as to Counts 1- 5, 7-14.

                The Court **DENIED** the Plaintiff oral motion for Judgment as a Matter of Law (Doc. 245) at to Count 6 and **DENIED AS MOOT** as to Counts 1- 5, 7-14.

2:19 PM        Court adjourned.