# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.                                   Case No. 8:19-cv-448-VMC-CPT

SPARTAN SECURITIES GROUP, LTD,
ISLAND CAPITAL MANAGEMENT,
CARL DILLEY, MICAH ELDRED, and
DAVID LOPEZ,

     Defendants.

_____/

## Verdict Form

## 1.  Violations of Section 15(c)(2) and Rule 15c2-11 of the Exchange Act

Did Spartan Securities violate Section 15(c)(2) and Rule 15c2-11 of the Securities Exchange Act of 1934?

| YES | NO |
|-----|-----|
|  | ☒ |

     If answered YES, move on to #2.  If answered NO, move on to #3

## 2.  Aiding and Abetting Violations of Section 15(c)(2) and Rule 15c2-11 of the Exchange Act

Did the Defendants below aid and abet Spartan Securities' violation of Section 15(c)(2) and Rule 15c2-11 of the Securities Exchange Act of 1934?

| | YES | NO |
|---|-----|-----|
| Carl E. Dilley | | |
| Micah J. Eldred | | |
| David D. Lopez | | |

3.  **Violations of Section 17(a)(1) of the Securities Act**

Did the Defendants below violate Section 17(a)(1) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | ✕ |
| Island Stock Transfer |  | ✕ |
| Carl E. Dilley |  | ✕ |
| Micah J. Eldred |  | ✕ |

4.  **Violations of Section 17(a)(3) of the Securities Act**

Did the Defendants below violate Section 17(a)(3) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | ✕ |
| Island Stock Transfer |  | ✕ |
| Carl E. Dilley |  | ✕ |
| Micah J. Eldred |  | ✕ |

5.  **Violations of Section 10(b) and Rule 10b-5(a) of the Exchange Act**

Did the Defendants below violate Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(a) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | ✕ |
| Island Stock Transfer |  | ✕ |
| Carl E. Dilley |  | ✕ |
| Micah J. Eldred |  | ✕ |

**6.  Violations of Section 10(b) and Rule 10b-5(b) of the Exchange Act**

Did the Defendants below violate Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(b) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities | X |  |
| Island Stock Transfer | X |  |
| Carl E. Dilley | X |  |
| Micah J. Eldred | X |  |

**7.  Violations of Section 10(b) and Rule 10b-5(c) of the Exchange Act**

Did the Defendants below violate Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(c) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**8.  Aiding and Abetting Violations of Section 17(a)(1) of the Securities Act**

Did the Defendants below aid and abet one or more violations by Alvin Mirman ("Mirman"), Sheldon Rose ("Rose"), Michael Daniels ("Daniels"), Andy Fan ("Fan"), or Diane Harrison ("Harrison") of Section 17(a)(1) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**9. Aiding and Abetting Violations of Section 17(a)(2) of the Securities Act**

Did the Defendants below aid and abet one or more violations by Mirman, Rose, Daniels, Fan or Harrison of Section 17(a)(2) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**10. Aiding and Abetting Violations of Section 17(a)(3) of the Securities Act**

Did the Defendants below aid and abet one or more violations by Mirman, Rose, Daniels, Fan or Harrison of Section 17(a)(3) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**11. <u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(a) of the Exchange Act</u>**

Did the Defendants below aid and abet one or more violations by Mirman, Rose, Daniels, Fan or Harrison of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(a) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**12. <u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(b) of the Exchange Act</u>**

Did the Defendants below aid and abet one or more violations by Mirman, Rose, Daniels, Fan or Harrison of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(b) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

**13. <u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(c) of the Exchange Act</u>**

Did the Defendants below aid and abet one or more violations by Mirman, Rose, Daniels, Fan or Harrison of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(c) promulgated thereunder?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |
| Micah J. Eldred |  | X |

## 14. **Violations of Sections 5(a) and 5(c) of the Securities Act**

Did the Defendants below violate Sections 5(a) and 5(c) of the Securities Act of 1933?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  | X |
| Island Stock Transfer |  | X |
| Carl E. Dilley |  | X |

If your answer above is YES, did the Defendants prove by a preponderance of the evidence that the transfer was exempt from registration?

|  | YES | NO |
|---|---|---|
| Spartan Securities |  |  |
| Island Stock Transfer |  |  |
| Carl E. Dilley |  |  |

SO SAY WE ALL.

Foreperson's Signature       Date: 7/30/21

James A. Young