UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.                                      Case No: 8:19-cv-448-VMC-CPT

SPARTAN SECURITIES GROUP,
LTD., ISLAND CAPITAL
MANAGEMENT, CARL E.
DILLEY, MICAH J. ELDRED, and
DAVID D. LOPEZ,

        Defendants.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on July 12, 2021 through July 30, 2021. The issues have been tried and the jury has rendered its verdict.

1. **Violations of Section 15(c)(2) and Rule 15c2-11 of the Exchange Act**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant Spartan Securities and against the Plaintiff Securities and Exchange Commission.

2. **Aiding and Abetting Violations of Section 15(c)(2) and Rule 15c2-11 of the Exchange Act**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Carl E. Dilley, Micah J. Eldred, David D. Lopez and against the Plaintiff Securities and Exchange Commission.

3. **<u>Violations of Section 17(a)(1) of the Securities Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

4. **<u>Violations of Section 17(a)(3) of the Securities Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

5. **<u>Violations of Section 10(b) and Rule 10b-5(a) of the Exchange Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

6. **<u>Violations of Section 10(b) and Rule 10b-5(b) of the Exchange Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff Securities and Exchange Commission and against the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, and Micah J. Eldred.

7. **<u>Violations of Section 10(b) and Rule 10b-5(c) of the Exchange Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

8. **<u>Aiding and Abetting Violations of Section 17(a)(1) of the Securities Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

9. **<u>Aiding and Abetting Violations of Section 17(a)(2) of the Securities Act</u>**

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

10. **<u>Aiding and Abetting Violations of Section 17(a)(3) of the Securities Act</u>**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

11. **<u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(a) of the Exchange Act</u>**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

12. **<u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(b) of the Exchange Act</u>**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

13. **<u>Aiding and Abetting Violations of Section 10(b) and Rule 10b-5(c) of the Exchange Act</u>**

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley, Micah J. Eldred and against the Plaintiff Securities and Exchange Commission.

14. **Violations of Sections 5(a) and 5(c) of the Securities Act**

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Spartan Securities, Island Stock Transfer, Carl E. Dilley and against the Plaintiff Securities and Exchange Commission.

Date: August 9, 2021

ELIZABETH M. WARREN, CLERK

By: Tamecika Lee, Deputy Clerk