

# EXHIBIT LIST

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.: 8:19-cv-00448-VMC**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**

**SPARTAN SECURITIES GROUP, LTD.,**
**ISLAND CAPITAL MANAGEMENT LLC,**
**CARL E. DILLEY, MICAH J. ELDRED, and**
**DAVID D. LOPEZ,**

        **Defendant.**

_____/

**PLAINTIFF'S TRIAL EXHIBITS**
**ADMITTED IN EVIDENCE**

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-12 | 7/22/21 | 7/22/21 | Zajonc | 8/22/14 Email exchange between Micah Eldred to Daniels and Harrison cc Taylor Zajonc re Purplereal (IT Ex 21) |
| PX-16 | 7/22/21 | 7/22/21 | Donnelly | Quality WallBeds 9/20/12 Form S-1/A (IT Ex 25) |
| PX-19 | 7/22/21 | 7/22/21 | Donnelly | 11/14/12 Email exchange between Harrison and Bradaick re Quality WallBeds offer (IT Ex 29) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-36 | 7/22/21 | 7/22/21 | Donnelly | 1/9/14 Email exchange between tina@afocean.com and Charles Klein re PurpleReal attaching 2013 Engagement Letter (IT Ex 48) |
| PX-44 | 7/26/21 | 7/26/21 | Paquette | 10Q Certification of John Paquette CEO of Dinello Restaurant (Ex 31 Sec 302 Cert) (IT Ex 57) |
| PX-71 | 7/13/21 | 7/13/21 | Rose | First Titan FINRA Form 211 (IT Ex 112) |
| PX-113 | 7/13/21 | 7/13/21 | Rose | Envoy Group FINRA Form 211 (IT Ex 166, Depo Exs. 30, 105, 264) |
| PX-137 | 7/13/21 | 7/13/21 | Rose | 12/31/09 Kids Germ Defense Form 10-K (IT Ex 195) |
| PX-193 | 7/19/21 | 7/19/21 | Mirman | 7/1/13 Email from Alvin Mirman to Matt Egna re Bank Account (IT Ex 271) |
| PX-194 | 7/19/21 | 7/19/21 | Egna | 6/18/13 Changing Technologies Inc Organizational Meeting Minutes (IT Ex 272) |
| PX-195 | 7/19/21 | 7/19/21 | Egna | 6/18/13 Changing Technology Resolution Authorizing Issuance of 9,000,000 Shares of Common Stock to Matthew Egna (IT Ex 273) |
| PX-196 | 7/19/21 | 7/19/21 | Mirman | 6/18-19/13 Email exchange between Alvin Mirman and Matt Egna re Resume (IT Ex 274) |
| PX-197 | 7/19/21 | 7/19/21 | Egna | 6/18/13 Changing Technology Resolution Authorizing 3,000,000 Shares of Common Stock for Offering to the Public (IT Ex 275) |
| PX-198 | 7/19/21 | 7/19/21 | Egna | 7/9/13 Email from Mirman to Matt Egna re Changing Technologies Draft Bylaws (IT Ex 276) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-199 | 7/19/21 | 7/19/21 | Egna | 10/21/13 Email from Alvin Mirman to Matt Egna re Investors Subscription Agreement (IT Ex 278) |
| PX-200 | 7/19/21 | 7/19/21 | Egna | Changing Technologies Subscription Agreement, Signature Page for Heather Lloyd, ID and check (IT Ex 279) |
| PX-201 | 7/19/21 | 7/19/21 | Mirman | 11/13/13 Email from Matt Egna to Alvin Mirman re FINRA Officer Affidavit (IT Ex 280) |
| PX-202 | 7/13/21 7/14/21 | 7/13/21 7/14/21 | Rose Mirman | Changing Technologies FINRA Form 211 (IT Ex 281, Depo Exs. 16, 140, 170) |
| PX-203 | 7/19/21 | 7/19/21 | Egna | Principal Officer/Director/Shareholder Affidavit – Affidavit of Matthew Egna (IT Ex 282) |
| PX-204 | 7/19/21 | 7/19/21 | Mirman | 12/10/13 Email from Alvin Mirman to Matt Egna re Changing Technologies and attaching letter to Spartan Securities and Shareholder Relationship list (IT Ex 283) |
| PX-205 | 7/19/21 | 7/19/21 | Egna | 1/30/14 Email from Alvin Mirman to Matt Egna re DTC Services Agreement (IT Ex 284) |
| PX-206 | 7/19/21 | 7/19/21 | Egna | 1/31/14 Changing Technologies Form 10-Q (IT Ex 285) |
| PX-207 | 7/19/21 | 7/19/21 | Egna | 7/12/13, 10/11/13, 1/24/14 and 4/8/14 letters from Changing Technologies to Messineo re audit and review of balance sheets (IT Ex 286) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-208 | 7/19/21 | 7/19/21 | Egna | 5/10/14 Email from Alvin Mirman to Matt Egna re Changing Technologies Certificate and Stock Power (IT Ex 287) |
| PX-211 | 7/19/21 | 7/19/21 | Mirman | 5/19/14 Email from Mirman to Matt Egna attaching Confidential Supplemental Stock Purchase Agreement between Siri Global Asset Management Corp. and Matthew Egna (IT Ex 290) |
| PX-212 | 7/19/21 | 7/19/21 | Mirman | 6/4/14 Email from Alvin Mirman to Matt Egan re Everything Done (IT Ex 291) |
| PX-232 | 7/13/21 | 7/13/21 | Rose | Neutra Corp. FINRA Form 211 (IT Ex 315) |
| PX-237 | 7/21/21 | 7/21/21 | Dilley | 10/21/11 Email from Sarah Keck to Franz Metzler of Island Stock Transfer, Harrison and Sheldon Rose re Neutra Corp transfer (IT Ex 320) |
| PX-248 | 7/13/21 | 7/13/21 | Rose | Global Group Enterprises FINRA Form 211 (IT Ex 334) |
| PX-249 | 7/19/21 | 7/19/21 | Mirman | 5/7/12 Email from Alvin Mirman to Andrew Keck re Global Group control.doc (IT Ex 335) |
| PX-252 | 7/19/21 | 7/19/21 | Mirman | 12/28/12 Email from Alvin Mirman to Andrew Keck re selling Global Group (IT Ex 338) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-254 | 7/19/21 | 7/19/21 | Mirman | 12/28/12 Email from Alvin Mirman to Andrew Keck re Management Representation Letter and attaching 3/28/12, 6/7/12, 9/2/12 and 4/16/24 Global Group letters to Peter Messineo re review of balance sheets (IT Ex 340) |
| PX-256 | 7/13/21 | 7/13/21 | Rose | 2/13 Stock Purchase Agreement between Andrew Keck and Gottbetter & Partners LLP (IT Ex 342) |
| PX-285 | 7/13/21 | 7/13/21 | Lindsay | 3/28/16 Letter from Nigel Lindsay to Jeff Cook (IT Ex 376) |
| PX-286 | 7/13/21 | 7/13/21 | Lindsay | Nigel Lindsay Resume (IT Ex 377) |
| PX-287 | 7/13/21 | 7/13/21 | Lindsay | 2/6/13 Stock Purchase Agreement between Nigel Lindsay and Bruno Pasquali (IT Ex 378) |
| PX-288 | 7/13/21 | 7/13/21 | Lindsay | First Independence Corp Consent to Act as Director and Officer (IT Ex 379) |
| PX-289 | 7/13/21 | 7/13/21 | Rose Lindsay | 2/6/13 First Independence Form 8-K (IT Ex 380) |
| PX-290 | 7/13/21 | 7/13/21 | Rose | First Independence FINRA Form 211 (IT Ex 381, Depo Exs. 29, 261) |
| PX-293 | 7/13/21 | 7/13/21 | Lindsay | 3/27/13 Email from Rose to Ian Kass re First Independence attaching wire transfer request (IT Ex 384) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-294 | 7/13/21 | 7/13/21 | Rose | 4/17/13 Securities Purchase Agreement between Nigel Lindsay and CodeSmart Group (IT Ex 385) |
| PX-299 | 7/13/21 | 7/13/21 | Lindsay | 2/28/13 First Independence Form 10-K (IT Ex 390) |
| PX-323 | 7/26/21 | 7/26/21 | Paquette | 6/24/10 Letter from Harrison to Paquette re Stock Purchase Agreement for Carmello's Pizzeria (IT Ex 421) |
| PX-324 | 7/26/21 | 7/26/21 | Paquette | 6/24/10 Stock Purchase Agreement between John Paquette and John Carmello (IT Ex 422) |
| PX-325 | 7/26/21 | 7/26/21 | Paquette | 7/28/10 Minutes of Special Meeting of Board of Directors of Dinello Restaurant Ventures (IT Ex 423) |
| PX-326 | 7/26/21 | 7/26/21 | Paquette | 12/31/10 Call and Waiver of Notice of Special Meeting of Board of Dinello Restaurant Ventures and 12/31/10 Minutes of Special Meeting of Board of Directors of Dinello Restaurant Ventures (IT Ex 425) |
| PX-327 | 7/26/21 | 7/26/21 | Paquette | 3/16/11 SEC letter to John Paquette re Dinello Restaurant Form S-1 Amendment 1 (IT Ex 426) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-328 | 7/26/21 | 7/26/21 | Paquette | 3/21/11 Call and Waiver of Notice of Special Meeting of Board of Dinello Restaurant Ventures and 3/21/11 Amended and Restated Minutes of Special Meeting of Board of Directors of Dinello Restaurant Ventures (IT Ex 427) |
| PX-329 | 7/26/21 | 7/26/21 | Eldred Paquette | 5/11/11 Dinello Restaurant Ventures Form S-1/A Amendment 6 (IT Ex 428) |
| PX-330 | 7/27/21 | 7/27/21 | Paquette | 5/16/11 Letter from Harrison to Paquette re Stock Certificate for Dinello (IT Ex 429) |
| PX-331 | 7/20/21 7/26/21 | 7/20/21 7/26/21 | Dilley Paquette | Dinello Restaurant FINRA Form 211 (IT Ex 430) |
| PX-332 | 7/27/21 | 7/27/21 | Paquette | Dinello Restaurant Questionnaire for Executive Officers, Directors and Record of Beneficial Owners of More Than 5% of any Class of Outstanding Voting Stock (IT Ex 431) |
| PX-333 | 7/27/21 | 7/27/21 | Paquette | Principal Owner/Director/Shareholder Affidavit- Affidavit of John Paquette (IT Ex 432) |
| PX-334 | 7/26/21 | 7/26/21 | Paquette | Dinello Restaurant Ventures Form 10-Q/A (IT Ex 433) |
| PX-335 | 7/27/21 | 7/27/21 | Paquette | 8/25/11 Letter from Dinello to Paquette re Stock Certificate for Dinello (IT Ex 434) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-336 | 7/26/21 | 7/26/21 | Paquette | 10/26/11  Letter from Harrison Law PA to Paquette re Dinello  Restaurant Stock Offer of Purchase  (IT Ex 435) |
| PX-338 | 7/26/21 | 7/26/21 | Paquette | 10/7/11  Resignation  Letter from John Paquette to AF Ocean Investment Management (IT Ex 439) |
| PX-340 | 7/26/21 | 7/26/21 | Paquette | 5/10/12  Letter from Paquette to Joel Beetham re Offer to Purchase Units of Common  Stock in Bottom Pressure Washing (IT Ex 441) |
| PX-373 | 7/22/21 | 7/22/21 | Eldred | 2/7/11  Email Exchange between Diane Harrison and Micah Eldred re Tecton (IT Ex 486) |
| PX-378 | 7/26/21 | 7/26/21 | Eldred | 5/13/11  Dinello  Letter to Spartan Securities re Dinello  Form 211 Application  (IT Ex 492, Depo Ex 44) |
| PX-415 | 7/21/21 | 7/21/21 | Zajonc | Court Document Services FINRA Form 211 (IT Ex 532) |
| PX-462 | 7/21/21 | 7/21/21 | Zajonc | 8/28/14  Email from Taylor Zajonc to Diane Harrison re 211  FINRA 1st Response (IT Ex 601, Depo Ex 193) |
| PX-463 | 7/22/21 | 7/22/21 | Eldred | 9/13/10  Email from Micah Eldred to Diane Harrison re BlackwaterTees.com (IT Ex 602) |
| PX-527 | 7/22/21 | 7/22/21 | Eldred | 7/22/11  Email exchange between Eldred, Daniels and Gregg Jaclin re Gregg Jaclin (IT Ex 678, Depo Ex 79) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-531 | 7/22/21 | 7/22/21 | Eldred | 2/21/12 Email from Eldred to Daniels re Andy (IT Ex 682) |
| PX-534 | 7/22/21 | 7/22/21 | Eldred | 7/30/12 Email Exchange between Michael Daniels and Micah Eldred re Andy (IT Ex 686, Depo Ex 196) |
| PX-537 | 7/21/21 | 7/21/21 | Zajonc | Quality Wallbeds FINRA Form 211 (IT Exs 689, 743, 760, Depo Ex 190) |
| PX-588 | 7/22/21 | 7/22/21 | Eldred | 4/10-12/12 Email exchange between Andy Fan, Michael Daniels and Micah Eldred re Deal and Follow Up with Andy (IT 748) |
| PX-589 | 7/20/21 7/22/21 | 7/20/21 7/22/21 | Dilley Eldred | 6/29/12 Email From Carl Dilley to Micah Eldred re closing (IT Ex 749) |
| PX-591 | 7/20/21 | 7/20/21 | Dilley | 10/20-21/10 Email Exchange between Carly Dilley, Diane Harrison and Micah Eldred (IT Ex 751) |
| PX-592 | 7/13/21 | 7/13/21 | Rose | 1/29/13 Transfer Agent Agreement Between Island Stock Transfer and First Independence (IT Ex 752) |
| PX-598 | 7/20/21 | 7/20/21 | Dilley | 11/29/12 Email from Diane Harrison to Carl Dilley re Court Document Services (IT Ex 758) |
| PX-605 | 7/21/21 | 7/21/21 | Zajonc | Purplereal.com FINRA Form 211 (IT Ex 767) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-606 | 7/21/21 | 7/21/21 | Zajonc | Spartan Securities 15c2-11 Red Flag Issues (IT Ex 768, Depo Exs 189, 254) |
| PX-608 | 7/20/21 | 7/20/21 | Dilley | 1/30/09 Email from Sheldon Rose to Carl Dilley re Kids Germ Defense Corp (IT Ex 772) |
| PX-609 | 7/13/21 | 7/13/21 | Rose | 12/8/09 Email from Rose to Carl Dilley re Kids Germ Defense Form 211 Application (IT Ex 773) |
| PX-610 | 7/13/21 | 7/13/21 | Rose | 1/4/10 Email from Sheldon Rose to Carl Dilley re Happy New Year (IT Ex 774) |
| PX-611 | 7/13/21 | 7/13/21 | Rose | 1/4/10 Email from Dilley to Sheldon Rose re FINRA Clearance Kids Germ Defense (IT Ex 775) |
| PX-613 | 7/13/21 | 7/13/21 | Rose | 10/4/10 Email from Anna Krokhina to Sheldon Rose re Obscene Jeans Corp (IT Ex 777, Depo Ex 212) |
| PX-614 | 7/20/21 | 7/20/21 | Dilley | 10/6/10 Email from Carl Dilley to Sheldon Rose re OBJE (IT Ex 778) |
| PX-615 | 7/13/21 | 7/13/21 | Rose | 11/5/10 Email from Sheldon Rose to Carl Dilley re Escrow Agreement Obscene Jeans (IT Ex 779, Depo Ex 213) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-616 | 7/20/21 | 7/20/21 | Dilley | 12/29/10 Email from Dilley to Rose re On the Move Systems Form 211 Application (IT Ex 780) |
| PX-617 | 7/13/21 | 7/13/21 | Rose | 3/28/11 Email from Anna Krokhina to Carl Dilley re On the Move Systems / DTC Eligibility Inquiry (IT Ex 781) |
| PX-618 | 7/13/21 | 7/13/21 | Rose | 4/6/11 Email from Rose to Dilley re On the Move Systems DTC Eligibility Application (IT Ex 782) |
| PX-620 | 7/13/21 | 7/13/21 | Rose | 4/12/11 Email from Sheldon Rose to Carly Dilley re On the Move Systems DTC Eligibility Application (IT Ex 784, Depo Ex 214) |
| PX-621 | 7/13/21 | 7/13/21 | Rose | Rainbow Coral Corp. FINRA Form 211 (IT Ex 785, Depo Exs 8, 168) |
| PX-622 | 7/13/21 | 7/13/21 | Dilley | 4/27/11 Email from Carl Dilley to Sheldon Rose re First Titan Corp. (IT Ex 786) |
| PX-623 | 7/13/21 | 7/13/21 | Rose | 4/27/11 Email from Anna Krokhina to Sheldon Rose re First Titan Corp. (IT Ex 787) |
| PX-625 | 7/13/21 | 7/13/21 | Rose | 6/3/11 Email from Sheldon Rose to Anna Krokhina re Neutra Corp. (IT Ex 789) |
| PX-626 | 7/20/21 | 7/20/21 | Dilley | 6/10/11 Email from Anna Krokhina to Carl Dilley re Neutra Corp. (IT Ex 790) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-627 | 7/13/21 | 7/13/21 | Rose | 6/21/11 Email from Rose to Anna Krokhina re Rainbow Coral Corp. DTC Eligibility (IT Ex 791) |
| PX-634 | 7/20/21 | 7/20/21 | Dilley | 3/7/12 Email from Sheldon Rose to Carl Dilley re First Social Networx (IT Ex 799) |
| PX-635 | 7/21/21 | 7/21/21 | Zajonc | 3/7/12 Email from Anna Krokhina to Rose re First Social Networx 211 Amendment, 15c2-11 red flag issues and D & O Questionnaire (IT Ex 800) |
| PX-637 | 7/14/21 7/21/21 | 7/14/21 7/21/21 | Mirman Zajonc | 5/14/12 Email from Taylor Zajonc to Alvin Mirman re Global Group Enterprises 15c2-11 2nd Comment Letter (IT Ex 802, Depo Ex 258) |
| PX-639 | 7/20/21 | 7/20/21 | Dilley | 6/29/12 Email from Carl Dilley to Sheldon Rose re E-Waste Corp. (IT Ex 804) |
| PX-640 | 7/20/21 | 7/20/21 | Dilley | 2/8/13 Email from Sheldon Rose to Carl Dilley re First Social Networx (IT Ex 805) |
| PX-641 | 7/27/21 | 7/27/21 | Lopez | Seller Instructions to Transfer Agent re E-Waste Corp. (IT Ex 806) |
| PX-642 | 7/20/21 | 7/20/21 | Dilley | 2/18/13 Email from Alvin Mirman to Carl Dilley re First Social opinion letter (IT Ex 807) |
| PX-644 | 7/21/21 | 7/21/21 | Zajonc | 1/29/13 Email from Taylor Zajonc to Sheldon Rose re First Independence 15c2-11 (IT Ex 809) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-647 | 7/20/21 | 7/20/21 | Dilley | 11/6/13 Email from Sheldon Rose to Carl Dilley re Envoy Group C211 (IT Ex 812) |
| PX-648 | 7/20/21 | 7/20/21 | Dilley | 11/6/13 Email from Carl Dilley to Sheldon Rose re Envoy Group 211 (IT Ex 813) |
| PX-649 | 7/20/21 | 7/20/21 | Dilley | 11/15/13 Email from Carl Dilley to Sheldon Rose re Envoy Group (IT Ex 814) |
| PX-650 | 7/20/21 | 7/20/21 | Dilley | 12/6/13 Email from Sheldon Rose to Carl Dilley re Envoy Group (IT Ex 815) |
| PX-651 | 7/14/21 | 7/14/21 | Mirman | 11/6/13 Email from Carl Dilley to Alvin Mirman re 211 for Changing Technologies (IT Ex 816) |
| PX-652 | 7/21/21 | 7/21/21 | Zajonc | 11/13/13 Email from Alvin Mirman to Taylor Zajonc re Changing Technologies Shareholder Data Spreadsheet, 15c2-11 Listing Application, D&O Questionnaire etc. (IT Ex 817, Depo Ex 197) |
| PX-653 | 7/19/21 | 7/19/21 | Mirman | 11/20/13 Email from Alvin Mirman to Taylor Zajonc re Changing Technology 15c2-11 Remaining Issued (IT Ex 818) |
| PX-654 | 7/21/21 | 7/21/21 | Zajonc | 1/16/14 Email from Taylor Zajonc to Sheldon Rose re First Xeris 211 (IT Ex 819) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-656 | 7/20/21 7/21/21 | 7/20/21 7/21/21 | Dilley Zajonc | Shareholder Relationship Lists for Kids Germ Defense, On the Move Systems, Rainbow Coral, First Titan, Neutra, Aristocrat Group, First Social Networx, Global Group Enterprises, E-Waste Corp, Envoy Group and First Xeris (IT Ex 822) |
| PX-657 | 7/20/21 | 7/20/21 | Dilley | 7/12 Spartan Securities Written Supervisory Procedures Manual (IT Ex 829) |
| PX-658 | 7/21/21 | 7/21/21 | Zajonc | 9/18/14 Email from Taylor Zajonc to Dave Lopez re PurpeReal.com/Diane Harrison/211/Incoming Emails (IT Ex 830) |
| PX-666 | 7/21/21 | 7/21/21 | Zajonc | 11/6/12 Email from Diane to Taylor Zajonc re QWV Response to FINRA 11/5/12 Letter (IT Ex 840) |
| PX-667 | 7/21/21 | 7/21/21 | Zajonc | 10/16/13 Email from Dave Lopez to Taylor Zajonc re Top to Bottom Pressure Washing 15c2-11 FINRA First Comment & Response (IT Ex 841, Depo Ex 259) |
| PX-668 | 7/26/21 | 7/26/21 | Eldred | 1/25/13 Email from Micah Eldred to Taylor Zajonc re Sichuan Leaders Petrochemical fka Quality Wallbeds DTC (IT Ex 842) |
| PX-669 | 7/21/21 | 7/21/21 | Zajonc | Court Documents S-1 Link to Financial Statements (IT Ex 843, Depo Ex 273) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-670 | 7/21/21 | 7/21/21 | Zajonc | 3/23/12 Email from Anna Krokhina to Taylor Zajonc re First Social (IT Ex 844) |
| PX-674 | 7/21/21 | 7/21/21 | Zajonc | 4/23/13 Email from Taylor Zajonc o Stephanie Lin re First Social Networx DTC eligibility (IT Ex 848) |
| PX-675 | 7/21/21 | 7/21/21 | Zajonc | 1/5/13 Email from Sheldon Rose to Taylor Zajonc re Global Group Enterprises Initial FINRA Submission (IT Ex 849) |
| PX-676 | 7/20/20 | 7/20/21 | Dilley | 6/29/12 Email from Carl Dilley to Taylor Zajonc re E-Waste Corp 211 docs (IT Ex 850) |
| PX-677 | 7/21/21 | 7/21/21 | Zajonc | 8/7/12 Email from Taylor Zajonc to Micah Eldred re E-Waste 15C2-11 FINRA First Comment Letter and Response (IT Ex 851) |
| PX-678 | 7/20/20 | 7/20/20 | Dilley | 1/29/13 Email from Carl Dilley to Taylor Zajonc re Independence (IT Ex 852) |
| PX-679 | 7/21/21 | 7/21/21 | Zajonc | 2/13/13 Email from Greg Deck to Kim Hood re Cert SH List First Independence (IT Ex 853, Depo Ex 260) |
| PX-680 | 7/21/21 | 7/21/21 | Zajonc | 2/28/13 Email from Taylor Zajonc to Sheldon Rose re First Independence FINRA First Comment (IT Ex 854) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-681 | 7/21/21 | 7/21/21 | Zajonc | 3/8/13 Email from Sheldon Rose to Taylor Zajonc re First Independence Amended FINRA Response (IT Ex 855, Depo Ex 262) |
| PX-683 | 7/13/21 | 7/13/21 | Rose | 11/11/13 Email from Taylor Zajonc to Sheldon Rose re Envoy Group 211 Welcome (IT Ex 858) |
| PX-684 | 7/21/21 | 7/21/21 | Zajonc | 11/7/13 Email from Micah Eldred to Christine Zitman re Al Mirman (IT Ex 864) |
| PX-685 | 7/21/21 | 7/21/21 | Zajonc | 11/15/13 Email from Greg Deck to Taylor Zajonc re Changing Technologies  (IT Ex 865) |
| PX-691 | 7/13/21 | 7/13/21 | Rose | 1/20/10 Email from Carl Dilley to Christy Campassi re DTC Invoice (IT Ex 872, Depo Ex 215) |
| PX-693 | 7/20/21 | 7/20/21 | Dilley | 11/11/13 Email from Sheldon Rose to Carl Dilley re Envoy Group attaching DTC Services Agreement (IT Ex 874, Depo Ex 267) |
| PX-697 | 7/28/21 | 7/28/21 | EW Cangiano | Island Stock Transfer Company Policies and Procedures as of 9/3/08 (IT Ex 878, Depo Ex 188) |
| PX-699 | 7/20/21 | 7/20/21 | Dilley | 2/8/13 Email from Sheldon Rose to Carl Dilley re First Social Networx shares at DTC not picked up (IT Ex 882) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-701 | 7/14/21 | 7/14/21 | Mirman | 11/13/13 Email from Alvin Mirman to Abby Lord re Micah (IT Ex 884, Depo Ex 275) |
| PX-704 | 7/20/21 | 7/20/21 | Dilley | 1/2/13 Email from Mandi Tims to Carl Dilley re Global Group and attached letter (IT Ex 890) |
| PX-706 | 7/20/21 | 7/20/21 | Dilley | First Titan Island Stock Transfer - Transfer Journal for period 1/1/09 – 11/27/12 (IT Ex 895) |
| PX-709 | 7/13/21 | 7/13/21 | Rose | First Titan Company Contact Questionnaire and Corporate Authorization to Island (IT Ex 898) |
| PX-712 | 7/20/21 | 7/20/21 | Dilley | MYGO Games Holding Co Transfer Journal for period 7/8/10-6/23/16 (IT Ex 912) |
| PX-717 | 7/20/21 | 7/20/21 | Dilley | On The Move Systems Transfer Journal for period 12/29/10-6/23/16 (IT Ex 917) |
| PX-731 | 7/13/21 | 7/13/21 | Rose | 7/20/12 Email from Sheldon Rose to Greg Deck re Shareholder List for Approval (IT Ex 931) |
| PX-733 | 7/27/21 | 7/27/21 | Lopez | E-Waste Share Certificates (IT Ex 934) |
| PX-740 | 7/20/21 | 7/20/21 | Dilley | Global Group Enterprises Transfer Journal All Institutions for period 1/1/09-10/30/17 (IT Ex 941) |
| PX-746 | 7/20/21 | 7/20/21 | Dilley | 4/24/13 Email from Anna Kotlova to Carl Dilley re First Independence DTC Eligibility (IT Ex 947) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-747 | 7/20/21 | 7/20/21 | Dilley | Codesmart Holdings Transfer Journal All Institutions for period 1/1/09-10/30/17 (IT Ex 948) |
| PX-755 | 7/19/21 | 7/19/21 | Egna | Changing Technologies Share Certificates (IT Ex 956) |
| PX-766 | 7/14/21 | 7/14/21 | Mirman | 2/27/14 Email from Mirman to Ervin Haskaj re Changing Technologies Share Structure (IT Ex 994) |
| PX-770 | 7/20/21 | 7/20/21 | Dilley | 2/11/14 Email from Ervin Haskaj to Sheldon Rose re Xers Corporate Authorization – Authorized Agent form (IT Ex 999) |
| PX-773 | 7/14/21 | 7/14/21 | Mirman | Mirman Plea Agreement (Depo Ex 3) |
| PX-774 | 7/19/21 | 7/19/21 | Mirman | Mirman Broker Check Report (Depo Ex 5) |
| PX-775 | 7/20/21 | 7/20/21 | Dilley | Island screenshot of E-Mail Inbox of Rose – E-Mail subject from Rose to Dilley (Depo Ex 32) |
| PX-776 | 7/13/21 | 7/13/21 | Rose | E-Mail from Rose to Kim Hood dated 2/14/2013 re: mailing instructions for certificates (Depo Ex 35) |
| PX-785 | 7/14/21 | 7/14/21 | Mirman | E-Mail dated 6/24/11 from Anna Krokhina to Rose, Mirman and Dilley regarding FINRA comment letter (Neutra Corp) (Depo Ex 205) |
| PX-786 | 7/14/21 | 7/14/21 | Mirman | E-Mail dated 6/28/11 to Mirman from Krokhina regarding FINRA response letter (Neutra Corp.) (Depo Ex 206) |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-787 | 7/20/21 | 7/20/21 | Dilley | Corporate Authorization – Island Stock Transfer (signed by Sarah Keck) (Depo Ex 207) |
| PX-791 | 7/20/21 | 7/20/21 | Dilley | E-Mail dated 8/25/10 from Rose to Krokhina regarding Obscene Jeans (Depo Ex 218) |
| PX-797 | 7/20/21 | 7/20/21 | Dilley | 5/29/18 email from Rose to Dilley re: FYI, attached Corporate Profile of Obscene Jeans |
| PX-798 | 7/13/21 | 7/13/21 | Rose | 11/5/10 email from Dilley to Rose with attached signed Escrow Agreement – Obscene Jeans |
| PX-802 | 7/27/21 | 7/27/21 | Lopez | 10/18/13 email from Zajonc to Eldred re: Top to Bottom 15c2-11 FINRA 1st Comment |
| PX-808 | 7/13/21 | 7/13/21 | Rose | Rose, Sheldon & MKJJ Offer of Settlement revised - executed 2-22-17 |
| PX-817 | 7/19/21 | 7/19/21 | Egna | Initial Issuance Changing Tech FL_0100271800 - 176011 |
| PX-818 | 7/20/21 | 7/20/21 | Dilley | Initial Issuance First Independence FL_0100281648 - 166259 |
| PX-820 | 7/20/21 | 7/20/21 | Dilley | On the Move-Initial Issuance FL_0100307008 - 139541 |
| PX-821 | 7/20/21 | 7/20/21 | Dilley | Rainbow Coral Initial Issuance SEC-ISLAND-E-0106745 - SEC-ISLAND-E-0106783 |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-822 | 7/20/21 | 7/20/21 | Dilley | Neutra Initial Issuance SEC-ISLAND-E-0158464 - SEC-ISLAND-E-0158475 |
| PX-823 | 7/13/21 | 7/13/21 | Rose | Email Rose/Davis 1/2011 re On the Move SEC-ISLAND-E-0228235 |
| PX-826 | 7/13/21 | 7/13/21 | Rose | Email Dilley Rose 1 2014 First Xeris SEC-IST-E-0129789 |
| PX-830 | 7/13/21 | 7/13/21 | Rose | Email Krokhina/Dilley 10/2010 Obscene Jeans SEC-Spartan-E-0013548 - SEC-Spartan-E-0013549 |
| PX-831 | 7/13/21 | 7/13/21 | Rose | Email Rose/Dilley/Krokhina 10/2010 Obscene Jeans SEC-Spartan-E-0013563 - SEC-Spartan-E-0013564 |
| PX-832 | 7/13/21 | 7/13/21 | Rose | Email Rose/Zajonc 2/2013 re First Independence SEC-Spartan-E-0015868 - SEC-Spartan-E-0015869 |
| PX-833 | 7/13/21 | 7/13/21 | Rose | Finra letter 2/2013 re First Independence SEC-Spartan-E-0015870 - SEC-Spartan-E-0015871 |
| PX-834 | 7/22/21 | 7/22/21 | Zajonc | Email Eldred/Zajonc 11/2012 re Quality beds Finra response SEC-Spartan-E-0049694 - SEC-Spartan-E-0049695 |
| PX-836 | 7/22/21 | 7/22/21 | Eldred | Email Fan/Eldred re proposed merger SEC-Spartan-E-0091983 - SEC-Spartan-E-0091984 |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-837 | 7/20/21 | 7/20/21 | Dilley | Email Rose/Dilley/Krokhina re On the Move clearance SEC-Spartan-E-0094254 - SEC-Spartan-E-0094255 |
| PX-843 | 7/13/21 | 7/13/21 | Rose | Kids Germ Defense Group Form S-1, 4-23-09 |
| PX-845 | 7/13/21 | 7/13/21 | Rose | Obscene Jeans Corp. Form S-1, 4-14-10 |
| PX-846 | 7/13/21 | 7/13/21 | Rose | On the Move Systems Corp. Form S-1, 8-4-10 |
| PX-848 | 7/13/21 | 7/13/21 | Rose | Rainbow Coral Corp. Form S-1, 9-23-10 |
| PX-849 | 7/13/21 | 7/13/21 | Rose | First Titan Corp. Form S-1, 11-3-10 |
| PX-853 | 7/13/21 | 7/13/21 | Rose | Neutra Corp. Form S-1, 2-24-11 |
| PX-855 | 7/13/21 | 7/13/21 | Rose | Aristocrat Group Corp. Form S-1, 8-25-11 |
| PX-856 | 7/13/21 | 7/13/21 | Rose | First Social Networx Corp. Form S-1, 11-7-11 |
| PX-858 | 7/13/21 | 7/13/21 | Rose | Global Group Enterprises Corp. Form S-1, 2-2-12 |
| PX-860 | 7/13/21 | 7/13/21 | Rose | E-Waste Corp. Form S-1, 3-21-12 |

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Description of Exhibit |
|---|---|---|---|---|
| PX-862 | 7/13/21 | 7/13/21 | Rose | First Independence Corp. Form S-1, 4-11-12 |
| PX-865 | 7/13/21 | 7/13/21 | Rose | First Xeris Corp. Form S-1, 4-22-13 |
| PX-866 | 7/13/21 | 7/13/21 | Rose | Envoy Group Corp. Form S-1, 5-23-13 |
| PX-867 | 7/13/21 7/14/21 | 7/13/21 7/14/21 | Rose Mirman | Changing Technologies, Inc. Form S-1, 7-29-13 |
| PX-869 | 7/19/21 | 7/19/21 | Egna | Changing Technologies, Inc. Form EFFECT, 10-23-13 |
| PX-875 | 7/14/21 | 7/14/21 | Rose | Handwritten Notes |
| PX-876 | 7/19/21 | 7/19/21 | Mirman | Handwritten Notes with green notes |