UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 8:19-cv-448-VMC-CPT

SPARTAN SECURITIES GROUP, LTD,
ISLAND CAPITAL MANAGEMENT,
CARL DILLEY, MICAH ELDRED, and
DAVID LOPEZ,

    Defendants.
_____/

**ORDER**

Pursuant to the parties' joint status report and request for briefing schedule (Doc. # 260), the Court hereby enters the following order on post-trial matters.

Plaintiff shall file its response to the Defendants' Renewed Motion for Judgment as a Matter of Law (Doc. # 259) by October 4, 2021.

If the Court denies Defendants' Renewed Motion, Plaintiff shall have 45 days from the date such Order is entered to file its Motion to Establish Remedies. Defendants shall thereafter have 30 days to respond to the Plaintiff's remedies motion.

The parties are reminded that, pursuant to Local Rule 3.01(d), reply briefs are not permitted without leave from the Court.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties are directed to comply with the deadlines set forth in this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of September, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE