# FIRST TITAN CORP.

6849 Tailfeather Way.
Bradenton, FL 34204

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1/A and dated February 11, 2011.

SUBSCRIPTIONS ARE SOLD IN $500 INCREMENTS ONLY.

Total Number of Shares to be Acquired: _40,000_

Amount to be Paid (price of $0.0125 per Share): _$500_

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this _11_ of _April_ , 2011.

**Name:** (PRINT) as it should appear on the Certificate: _Michele Adams_

**Address:** _PO Box 963_
_Ellenton, FL 34222_

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport# - Drivers License#) - Tax ID# - Other _____

# _▮▮▮▮▮_   FL   SS   _▮▮▮▮▮_

**Signature:** _Michele Adams_

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of First Titan Corp.

this _____ day of _____ , 2011.

By: _____
Robert Tartar, President



**TIMMY S ADAMS**
**MICHELE D ADAMS**
P O BOX 963
ELLENTON, FL 34222

1065

Apr 15, 1
Date

Pay to the
order of _First Titan Corp_ | $ _500.00_

_One hundred     00/100_
Dollars

**BB&T** BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com

BB&T Home Equity Line

For _____

# FIRST TITAN CORP.

6849 Tailfeather Way.
Bradenton, FL 34204

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S-1/A and dated February 11, 2011.

SUBSCRIPTIONS ARE SOLD IN $500 INCREMENTS ONLY.

Total Number of Shares to be Acquired:  _40,000_

Amount to be Paid (price of $0.0125 per Share):  _$5,000_

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this _15_ of

_April_ , 2011.

**Name:** (PRINT) as it should appear on the Certificate: _Timmy S. Adams_

**Address:** _P.O. Box 963_

_Ellenton, Fl 34222_

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport# - Drivers License# - Tax ID# - Other _____

# ▉▉▉▉▉▉▉▉▉                                SS ▉▉▉▉▉▉▉

**Signature:** _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of First Titan Corp.

this _____ day of _____ , 2011.

By: _____
Robert Tartar, President

First Titan Corp.
Subscription Agreement
Page 2 of 2

TIMMY S ADAMS
MICHELE D ADAMS
P O BOX 963
ELLENTON, FL 34222

1069

*Apr 15, 1*
Date

Pay to the
order of *First Titan Corp*                    $ *500.00*

*Five Hundred 00/100*                                        Dollars

BB&T Home Equity Line

**BB&T**  BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com

*Michele Adams* MP

For _____                    69

Harland Clarke



**FIRST TITAN CORP.**
(the "Company")
6846 Tailfeather Way
Bradenton, FL 34204
Telephone: 941-807-1025

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of shares (the "Shares") of the Company set forth below, upon and subject to the terms and conditions set forth in the Company's final prospectus filed on Form 424A and dated 1/31/2011 (the "Prospectus").

The Subscriber acknowledges, represents and warrants as of the date of this Subscription Agreement that:

1.       no person has made to the Subscriber any written or oral representations:

         (a) that any person will resell or repurchase the Shares,

         (b) that any person will refund the purchase price of the Shares, or

         (c) as to the future price or value of the Shares;

2.       the Company has provided to the Subscriber a copy of the Prospectus and has made available a copy of the Company's Registration Statement on Form S-1 filed on 1/31/2011; and

3.       the representations, warranties and acknowledgements of the Subscriber contained in this Section will survive the closing of this Agreement.

The Subscriber acknowledges that the Subscriber has a two day cancellation right and can cancel this Subscription Agreement by sending notice to the Company by midnight on the 2nd business day after the Subscriber signs this Subscription Agreement.

Total Number of Shares to be Acquired: _____ 120,000

Amount to be paid (price of $0.0125 USD per Share): _____ $1,500.00

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this 26th day of _____ April , 2011 .

**NAME:**       (PRINT) as it should appear on the Certificate:
_____ DAVID S. BABKIN _____

**ADDRESS:**  504 Fountain Place

Burlington, NC 27215

If Joint Ownership, check one (all parties must sign above):

☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:

☐ Trust
☐ Estate
☐ Power of Attorney

Name and Type of Business Organization:

_____

**Identification Authentication**

**REQUIRED [Attach photocopy of ID]**

Below is my (check one) ☐ Government ID# - ☐ Social Security# ☐ Passport# - ☐ Tax ID# - ☐ Drivers
License# - ☐ Other _____ :   # ~~203-30~~

**Signature:** _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FIRST TITAN CORP. this _____
day of _____, 2011

By: _____

Robert Tatar, Sole CEO and Director

DAVID S BASKIN
MARIA R BASKIN
NCDL 27310895 NCDL 29617469
504 Fountain Place  336-221-9400
Burlington, NC 27215

4865

Date

Pay to the
Order of ___First Titan Corp_____ $ 1500

___Fifteen hundred only_____ Dollars

**WACHOVIA**
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For ___Observation___



**FIRST TITAN CORP.**
(the "Company")
6846 Tailfeather Way
Bradenton, FL 34204
Telephone: 941-807-1025

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of shares (the "Shares") of the Company set forth below, upon and subject to the terms and conditions set forth in the Company's final prospectus filed on Form 424A and dated 1/31/2011 (the "Prospectus").

The Subscriber acknowledges, represents and warrants as of the date of this Subscription Agreement that:

1.    no person has made to the Subscriber any written or oral representations:

     (a) that any person will resell or repurchase the Shares,

     (b) that any person will refund the purchase price of the Shares, or

     (c) as to the future price or value of the Shares;

2.    the Company has provided to the Subscriber a copy of the Prospectus and has made available a copy of the Company's Registration Statement on Form S-1 filed on 1/31/2011; and

3.    the representations, warranties and acknowledgements of the Subscriber contained in this Section will survive the closing of this Agreement.

The Subscriber acknowledges that the Subscriber has a two day cancellation right and can cancel this Subscription Agreement by sending notice to the Company by midnight on the 2nd business day after the Subscriber signs this Subscription Agreement.

Total Number of Shares to be Acquired: _____ 150 000

Amount to be paid (price of $0.0125 USD per Share): _____ $ 1,500.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 26th day of _____ April _____ , 2011 .

**NAME:**    (PRINT) as it should appear on the Certificate:

_____ MARIA R. BASKIN

**ADDRESS:** _504 Fountain Place_
_Burlington, NC 27215_

If Joint Ownership, check one (all parties must sign above):

  ☐ Joint Tenants with Right of Survivorship
  ☐ Tenants in Common
  ☐ Community Property

If Fiduciary or a Business or an Organization, check one:

  ☐ Trust
  ☐ Estate
  ☐ Power of Attorney

  Name and Type of Business Organization:

  _____   **Identification Authentication**

  **REQUIRED [Attach photocopy of ID]**

Below is my (check one) ☐ Government ID# - ☐ Social Security# - ☐ Passport# - ☐ Tax ID# - ☐ Drivers License# - ☐ Other _____ : # _____

**Signature:** _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FIRST TITAN CORP. this _26_ day of _____, 2011

By: _____

Robert Tatar, Sole CEO and Director



DAVID S BASKIN
MARIA R BASKIN
NCDL 27310895 NCDL 29617469
504 Fountain Place  336-221-9400
Burlington, NC  27215

4864

Date

Pay to the
Order of  First Titan corp                              $ 1500 00/00

Fifteen Hundred and 00/00                                    Dollars

**WACHOVIA**
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For  Subscription                          Maria R. Baskin

MP

# FIRST TITAN CORP.

6849 Tailfeather Way.
Bradenton, FL 34204

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below,
upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed
on Form S-1/A and dated February 11, 2011.

SUBSCRIPTIONS ARE SOLD IN $500 INCREMENTS ONLY.

Total Number of Shares to be Acquired:    *40,000*

Amount to be Paid (price of $0.0125 per Share):    *$500,00*

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this  *7*  of

_____*APRIL*_____, 2011.

**Name**: (PRINT) as it should appear on the Certificate:   *FRANK P. BENTON*

**Address**:  *14719 1ST. AVE. E,*

_____*BRADENTON, FL. 34212*_____

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport# - Drivers License# - Tax ID# - Other _____

# ▮▮▮▮▮▮▮▮

**Signature**:  *Frank P Benton*

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of First Titan Corp.

this _____ day of _____, 2011.

By: _____
Robert Tartar, President

First Titan Corp.
Subscription Agreement
Page 2 of 2



**FRANK P. BENTON**   09-01
941-747-2747
14719  1ST AVE. E.
BRADENTON, FL  34212-1652

678

Date _4-7-11_

Pay to the
Order of _First Titan Corp._                $ _500.00_

_Five Hundred dollars_ ~~Dollars~~

**Bank of America**

ACH R/T 063100277

For _____

_Frank P. Benton_

**FIRST TITAN CORP.**
(the "Company")
6846 Tailfeather Way
Bradenton, FL 34204
Telephone: 941-807-1025

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of shares (the "Shares") of the Company set forth below, upon and subject to the terms and conditions set forth in the Company's final prospectus filed on Form 424A and dated 1/31/2011 (the "Prospectus").

The Subscriber acknowledges, represents and warrants as of the date of this Subscription Agreement that:

1.      no person has made to the Subscriber any written or oral representations:

      (a) that any person will resell or repurchase the Shares,

      (b) that any person will refund the purchase price of the Shares, or

      (c) as to the future price or value of the Shares;

2.      the Company has provided to the Subscriber a copy of the Prospectus and has made available a copy of the Company's Registration Statement on Form S-1 filed on 1/31/2011; and

3.      the representations, warranties and acknowledgements of the Subscriber contained in this Section will survive the closing of this Agreement.

The Subscriber acknowledges that the Subscriber has a two day cancellation right and can cancel this Subscription Agreement by sending notice to the Company by midnight on the 2nd business day after the Subscriber signs this Subscription Agreement.

Total Number of Shares to be Acquired: _____240,000_____

Amount to be paid (price of $0.0125 USD per Share): _____$ 3,000.00_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this _23rd_ day of ___April___ , 2011 .

**NAME:**    (PRINT) as it should appear on the Certificate:

____Andrea Cappelli____

**ADDRESS:**   1522 Romallo LN.
Sarasota FL 34232

If Joint Ownership, check one (all parties must sign above):

       " Joint Tenants with Right of Survivorship
       " Tenants in Common
       " Community Property

If Fiduciary or a Business or an Organization, check one:

       " Trust
       " Estate
       " Power of Attorney

       Name and Type of Business Organization:

                                                              **Identification Authentication**

**REQUIRED [Attach photocopy of ID]**

Below is my (check one) " <u>Government ID#</u> - " <u>Social Security#</u> - " <u>Passport#</u> - " <u>Tax ID#</u> - X <u>Drivers</u> <u>License#</u> - " Other _____ :   # ████████████

**Signature:** _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FIRST TITAN CORP. this _____ day of _____, 2011

By: _____

Robert Tatar, Sole CEO and Director



RACHEL STARK-CAPPELLI
ANDREA CAPPELLI
1522 ROMALLO LN.
SARASOTA, FL  34232

882

DATE _4/25/11_

PAY TO THE
ORDER OF _First Litan Coy_                    $ 3000.⁰⁰

_Three thousand dollars and 00/100_          DOLLARS

RBC Bank®
RBC Bank (USA)

MEMO 240 000 shrs First Titan