**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**CASE NO. 19-CV-00448-VMC-CPT**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**

**SPARTAN SECURITIES GROUP, LTD.,**
**ISLAND CAPITAL MANAGEMENT LLC,**
**CARL E. DILLEY,**
**MICAH J. ELDRED, and**
**DAVID D. LOPEZ,**

        **Defendants.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY DAY EXTENSION**
**OF TIME TO FILE MOTION TO ESTABLISH REMEDIES**

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court grant a thirty-day extension of time until Tuesday, April 6, 2022, for the SEC to file its motion to establish remedies against Defendants Spartan Securities Group, Ltd., Island Capital Management LLC, Carl E. Dilley, and Micah J. Eldred (collectively "Defendants").

In support thereof, the Commission states as follows:

1.      After a 12-day trial, the jury found Defendants liable for engaging in fraud in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(b) thereunder.  DE 250 and 256.

1

2.      Defendants thereafter filed a renewed motion for judgment as a matter of law, which the Court denied.  DE 263.  The parties then explored the possibility of resolving at least some of the post-trial issues, but it appears that resolution is unlikely.

3.      The SEC's motion to establish post-trial remedies is currently due Monday, March 7, 2022.  DE 261 and 263.

4.      The SEC seeks a thirty-day extension of this deadline because the SEC staff is in the midst of obtaining necessary authorization from the five-member Commission in Washington D.C., to seek specific penalty amounts against the Defendants.  While the process for obtaining authorization is underway, the SEC staff requires additional time to present its recommendations to the Commissioners and obtain their requisite authorization.

5.      This unopposed request for a thirty-day extension is for good cause shown, and will not prejudice any party.

6.      Accordingly, for the reasons set forth above, the SEC requests a thirty-day extension of time to file its motion to establish remedies against Defendants.

7.      Pursuant to Local Rule 3.01(g) undersigned counsel for the Commission have conferred with counsel for the Defendants who do not oppose the relief requested in this motion.

WHEREFORE, for the foregoing reasons, the SEC respectfully requests that this Court enter an Order granting a thirty-day extension of time for the SEC to file its motion to establish remedies against Defendants.

Respectfully submitted,

March 4, 2022

By: *s/Christine Nestor*
Christine Nestor
Senior Trial Counsel
Fla. Bar No. 597211
Telephone: (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

Alise Johnson
Senior Trial Counsel
Fla. Bar No. 0003270
Telephone: (305) 982-6385
E-mail: johnsonali@sec.gov

Alice Sum
Trial Counsel
Fla. Bar No. 354510
Telephone: (305) 416-6293
Facsimile: (305) 536-4154
sumal@sec.gov

**ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served

as indicated below on this 4th day of March 2022 upon the following:

Caleb Kruckenberg, Esq.
Kara Rollins, Esq.
John Vecchione, Esq.
New Civil Liberties Alliance
1225 19th St. NW, Suite 450

Washington, DC. 20036
Email: kara.rollins@ncla.legal
John.vecchione@ncla.legal
ckrucken@gmail.com

*Counsel for Defendants*
Via CM/ECF

<u>s/ *Christine Nestor*</u>