UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 19-CV-00448-VMC-CPT

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

SPARTAN SECURITIES GROUP, LTD.,
ISLAND CAPITAL MANAGEMENT LLC,
CARL E. DILLEY,
MICAH J. ELDRED, and
DAVID D. LOPEZ,

      Defendants.

_____/

### [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO FILE MOTION TO ESTABLISH REMEDIES

THIS MATTER comes before the Court on Plaintiff Securities and Exchange Commission's ("SEC") motion for a thirty-day extension of time to file its motion to establish remedies against Defendants Spartan Securities Group, Ltd., Island Capital Management LLC, Carl E. Dilley, and Micah J. Eldred (collectively "Defendants").

The Court, having considered the unopposed motion, and being fully advised, hereby **GRANTS** the motion.

It is therefore, **ORDERED AND ADJUDGED** that the SEC shall file its motion to establish remedies against Defendants on or before Tuesday, April 6, 2022.

**DONE AND ORDERED** this \_\_\_\_\_ day of March, 2022 in chambers at Tampa, Florida.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE