# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. SECURITIES AND EXCHANGE  :
COMMISSION,                   :
                              :   CASE NO.: 8:19-cv-448-VMC-CPT
                              :
Plaintiff,                    :
                              :
     v.                       :
                              :
                              :
SPARTAN SECURITIES GROUP, LTD., :
ISLAND CAPITAL MANAGEMENT,    :
CARL E. DILLEY, and           :
MICAH J. ELDRED.              :
                              :
     Defendants.              :

## DECLARATION OF CARL DILLEY

Pursuant to 28 U.S.C. § 1746, I, Carl Dilley, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I have personal knowledge of the matters set forth in this declaration, and have reviewed appropriate records for Spartan Securities Group, Ltd. and Island Capital Management LLC d/b/a Island Stock Transfer as necessary to set forth the statements in this declaration.

2. Neither Spartan nor Island are currently in operation. Neither has any plan to resume any operations. Both entities have negligible cash assets and no physical locations or employees.

3. Neither Spartan nor Island is registered with the Securities and Exchange Commission nor the Financial Industry Regulatory Authority.

4. For Spartan to resume operation as a broker-dealer, it would need to register with both the SEC and FINRA, and both entities would need to approve its registration.

5. For Island to resume operation as a transfer agent, it would need to register with the SEC, and the commission would need to approve its registration.

6. I am no longer associated with a broker-dealer, transfer agent or any entity that does business as a broker-dealer or transfer agent.

7. I have no plans to ever again become associated with a broker-dealer, transfer agent or any entity that does business as a broker-dealer or transfer agent.

8. I no longer make my living from the securities industry, and instead work as a real-estate agent.

9. I have no plans to ever again make my living primarily from the securities industry.

10. I hope to serve on the board of a corporation in the future. I will not, however, act as a broker-dealer of any securities, or have any direct involvement with the issuance or sale of securities.

11. While it was in operation, Island made less than $8,000 in net revenue from the 19 issuers listed in the complaint. This number is derived from the gross receipts taken from those issuers, minus an estimation of the average costs of conducting those transactions. This number does not discount for typical operating costs, such as staff salaries, overhead, rent, etc.

12. I am 67 years old, and have a monthly income comprised almost entirely of social security benefits and a retirement payout. I receive $1,497 in social security and $597 in retirement benefits per month, but, after deducting monthly expenses, my monthly net income is negative.

13. I currently have a negative net worth, no significant assets and have no realistic opportunity of a significant increase in earnings capacity in the foreseeable future.

May 23, 2022

_____
Carl E. Dilley