# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTICT OF FLORIDA

Case No. 19-cv-00448-VMC-CPT

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

SPARTAN SECURITIES GROUP, LTD et al.,

      Defendants.
_____/

## CORRECTED STIPULATION REGARDING JULY 20-21, 2022 EVIDENTIARY HEARING

Regarding the July 20-21, 2022 evidentiary hearing held in the above styled matter on Plaintiff's Motion for Remedies, the parties file this <u>corrected</u> stipulation regarding the bulk sale transfer dates for the corresponding issuers as indicated on the chart attached as Exhibit A.  This corrected stipulation fixes a typographical error in the bulk sale date for Global Group Enterprises found in the parties' prior Stipulation, DE 288-1.

                                                Respectfully submitted,

July 28, 2022                             By: <u>s/Christine Nestor</u>
                                            Christine Nestor
                                            Senior Trial Counsel
                                            Fla. Bar No. 597211
                                            Telephone: (305) 982-6367
                                            E-mail:  nestorc@sec.gov
                                            Alise Johnson
                                            E-mail: johnsonali@sec.gov
                                            Alice Sum

E-mail: suma1@sec.gov
**ATTORNEYS FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

s/ Kara Rollins
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. N.W., Suite 450
Washington, D.C., 20036
kara.rollins@ncla.legal
(202) 869-5210
**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as indicated below on this 28th day of July 2022 upon the following:

Caleb Kruckenberg, Esq.
Kara Rollins, Esq.
John Vecchione, Esq.
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC. 20036
Email: kara.rollins@ncla.legal
John.vecchione@ncla.legal
ckrucken@gmail.com
*Counsel for Defendants*
Via CM/ECF

*s/ Christine Nestor*