| Exhibit No | Issuer | Bulk Sale Date |
|---|---|---|
| P706 | AngioSoma fka First Titan | 10/20/11 |
| D116 | Aristocrat Group | 6/18/2012 – 6/19/2012 |
| JT66 | Changing Technologies | 6/13/2014 – 6/20/2014 |
| JT77 | E-Waste Corp. | 1/17/2013 – 4/11/2013 |
| P740 | Global Group Enterprises | 3/1/2013 |
| P712 | MYGO Games fka Obscene Jeans | 12/20/2010 |
| P717 | On the Move Systems | 4/25/2011 |
| JT32 & JT35 | Neutra Corp. | 10/17/11 – 10/28/11 |
| JT30 | Rainbow Coral Corp. | 10/17/11 – 10/28/11 |
| D151-157 | Topaz Resources fka Kids Germ | 3/18/2010 – 4/9/2010 |
| P747 | Codesmart fka First Independence Corp. | 5/7/2013 |
| D145-148 | Rebel Group fka First Social Networx Corp. | 4/29/2013 – 4/30/2013 |
|  |  |  |



EXHIBIT
A
19-cv-00448