IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : : : |
| | : CASE NO.: 8:19-cv-448-VMC-CPT |
| Plaintiff, | : : |
| v. | : : : |
| SPARTAN SECURITIES GROUP, LTD., ISLAND CAPITAL MANAGEMENT, CARL E. DILLEY, MICAH J. ELDRED and DAVID D. LOPEZ, | : : : : : |
| Defendants. | : : |

**NOTICE OF APPEAL**

Defendants Spartan Securities Group, Ltd. ("Spartan"), Island Capital Management LLC d/b/a Island Stock Transfer ("Island"), Carl E. Dilley, and Micah J. Eldred (collectively "Defendants"), by and through their undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Final Judgments entered in this action on August 10, 2022 (Docs. 298, 299, 300, 301). This includes all rulings merged into those final orders, including but not limited to the denial of summary judgment (Doc. 135). *See* Fed. R. App. P. 3(c)(4) ("The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order. It is not necessary to designate those orders in the notice of appeal.").

September 16, 2022                                                              Respectfully Submitted,

                                                                                            */s/ Kara Rollins*
                                                                                            Kara Rollins
                                                                                            Litigation Counsel

John J. Vecchione
Senior Litigation Counsel

New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC, 20036
Kara.Rollins@ncla.legal
(202) 869-5210
*Counsel for Defendants*
Appearing *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Respectfully,

*/s/ Kara Rollins*
Kara Rollins
Litigation Counsel